**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Vankirk Electric, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **58-2086361**

**4. Debtor's address**

**Principal place of business**

**2381 Elder Mill Road**
**Watkinsville, GA 30677**
Number, Street, City, State & ZIP Code

**Oconee**
County

**Mailing address, if different from principal place of business**

**62 North Jackson Street**
**Winder, GA 30680**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**62 North Jackson St. Winder, GA 30680**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**23**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Vankirk Electric, Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Mon Arc Group, Inc.** | Relationship | **Insider/Affiliate** |
| District | **Middle District of Georgia** When **9/19/25** | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Vankirk Electric, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 2025**
MM / DD / YYYY

X **/s/ Loren Wesley Vankirk**
Signature of authorized representative of debtor

**Loren Wesley Vankirk**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ David L. Bury, Jr.**
Signature of attorney for debtor

Date **September 19, 2025**
MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone **478-750-9898** Email address **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 2025**

*X* **/s/ Loren Wesley Vankirk**
Signature of individual signing on behalf of debtor

**Loren Wesley Vankirk**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vankirk Electric, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Affinity Capital Group<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557** | | **MCA (Junior Lien on accounts Recievable)** | **Contingent<br>Unliquidated<br>Disputed** | **$581,250.00** | **$0.00** | **$581,250.00** |
| **Alpha Equity Fund LLC<br>1425 37th Street<br>Suite 201<br>Attn: File Right, LLC<br>Brooklyn, NY 11218** | | **MCA (Junior Lien on Accounts Recievable)** | **Contingent<br>Unliquidated<br>Disputed** | **$487,500.00** | **$0.00** | **$487,500.00** |
| **American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531** | | **Credit Card** | | | | **$2,010,184.92** |
| **Anixter Inc.<br>P.O. Box 842591<br>Dallas, TX 75284-2591** | | **Trade** | **Disputed** | | | **$444,900.61** |
| **Atlanta Electrical Distributor<br>2935 Shawnee Industrial Way<br>Suwanee, GA 30024** | | **Trade** | **Disputed** | | | **$2,479,442.11** |
| **Brex, Inc.<br>650 S 500 W<br>Suite 209<br>Salt Lake City, UT 84101** | | **Credit Card** | | | | **$836,593.00** |
| **City Electric Supply<br>400 S. Record Street<br>Dallas, TX 75202** | | **Trade** | **Disputed** | | | **$449,888.35** |

Debtor **Vankirk Electric, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Divvy, Inc - Bill.com Caine & Weiner 5805 Sepulvada Blvd 4th Floor Sherman Oaks, CA 91411** | | **Trade** | | | | **$1,929,411.76** |
| **Dynasty Capital 26 LLC 700 Canal St 1st Floor Stamford, CT 06902** | | **MCA (Junior Lien on Accounts Recievables)** | **Contingent Unliquidated Disputed** | **$947,727.00** | **$0.00** | **$947,727.00** |
| **FLECO Industries Timothy R Hassenger, Receiver 2055 Luna Rd Suite 142 Carrollton, TX 75006** | | **Trade** | | | | **$763,329.07** |
| **Fox Funding Group, LLC 803 S 21st Ave Hollywood, FL 33020** | | **MCA (Junior Lien on Accounts Recievable)** | **Contingent Unliquidated Disputed** | **$445,951.00** | **$0.00** | **$445,951.00** |
| **Kash Advance, LLC 111 Great Nock Road Great Neck, NY 11021** | | **MCA (Junior lien on Accounts Recievable)** | **Contingent Unliquidated Disputed** | **$445,951.00** | **$0.00** | **$445,951.00** |
| **Littman Bros Lighting 845 S. Roselle Rd Schaumburg, IL 60193** | | **Trade** | **Disputed** | | | **$1,076,870.20** |
| **Norcross Electric 4190 Capital View Drive Suwanee, GA 30024** | | **Trade** | **Disputed** | | | **$4,262,338.85** |
| **Norcross Electric 4190 Capital View Drive Suwanee, GA 30024** | | **Promissory Note** | | | | **$553,352.30** |
| **Palmetto Capital Ventures, LLC One Whitehall Street 2nd Fl. New York, NY 10004** | | **MCA (Junior Lien on Accounts Recievable)** | **Contingent Unliquidated Disputed** | **$2,821,440.00** | **$0.00** | **$2,821,440.00** |
| **Ramp Business Corporation 28 West 23rd St Floor 2 New York, NY 10010** | | **MCA (Junior Lien on Account Recievable)** | **Contingent Unliquidated Disputed** | **$1,987,568.60** | **$0.00** | **$1,987,568.60** |

Debtor **Vankirk Electric, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Relliance Financial FL, LLC<br>381 Sunrise Highway<br>Suite 302<br>Lynbrook, NY 11563** | | **MCA (Junior Lien on Accounts Recievable)** | **Contingent<br>Unliquidated<br>Disputed** | **$2,812,500.00** | **$0.00** | **$2,812,500.00** |
| **Rocket Capital NY LLC<br>1 World Trade Center<br>Suite 8500<br>New York, NY 10007** | | **MCA (Junior Lien on Accounts Recievable)** | **Contingent<br>Unliquidated<br>Disputed** | **$635,037.00** | **$0.00** | **$635,037.00** |
| **TriEd Distribution Inc.<br>P.O. Box 847428<br>Dallas, TX 75284-7428** | | **Trade** | **Disputed** | | | **$511,617.67** |

# United States Bankruptcy Court
## Middle District of Georgia

In re **Vankirk Electric, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Loren Wesley Vankirk**<br>**2381 Elder Mill Road**<br>**Watkinsville, GA 30677** | **A** | **100000** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 19, 2025**

Signature ***/s/* Loren Wesley Vankirk**
**Loren Wesley Vankirk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Georgia

In re **Vankirk Electric, Inc.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 19, 2025**

**/s/ Loren Wesley Vankirk**
**Loren Wesley Vankirk**/**Chief Executive Officer**
Signer/Title

4LP
29089 Krentel Rd
Suite 200
Apt 2
Lacombe LA 70445

Accolade Electric
155 N. Lake Ave
8th Floor
Pasadena CA 91101

Affinity Capital Group
1245 Hewlett Plaza
#478
Hewlett NY 11557

AHP Construction, LLC
222 Central park Avenue
Suite 2100
Virginia Beach VA 23462

Alabama Department of Labor
649 Monroe Street
Montgomery AL 36131

Alabama Department of Revenue
P.O. Box 327320
Montgomery AL 36132-7320

Alltime Security Alarm
1212 S Atlantic Blvd
#105
Alhambra CA 91803

Alpha Equity Fund LLC
1425 37th Street
Suite 201
Attn: File Right, LLC
Brooklyn NY 11218

American Express
P.O. Box 981531
El Paso TX 79998-1531

Amerisure Mutual Insurance
P.O. Box 78000
Detroit MI 48278-0226

AMWAT Moving and Warehousing
319 Ross Road
Tallahassee FL 32305

Anixter Inc.
P.O. Box 842591
Dallas TX 75284-2591

Annex Construction of North Carolina, LL
409 Massachuetts Avenue
Suite 300
Indianapolis IN 46204

Archway Insurance Captive, LTD
P.O. Box 745107
Atlanta GA 30374-5107

Arizona Department of Economic Security
P.O. Box 29085
Phoenix AZ 85038-9085

Arizona Department of Revenue
P.O. Box 29009
Phoenix AZ 85038

Arkansas Dep. of Fin. & Administration
1900 W. 7th Street
Little Rock AR 72201

Arkansas Workforce Connections
206 Southwest Dr. B
Jonesboro AR 72401

Armstrong Relocation
6421 FM 3009
Schartz TX 78154

Armstrong Relocation
1405 Crescent Drive
Carrollton TX 75006

Armstrong Relocation - Florida
1270 NE 48th Street
Pompano Beach FL 33064

Armstrong Relocation - Memphis
4690 Hungerford Road
Memphis TN 38118

Armstrong Relocation Company
1600 Prosser Road
Knoxville TN 37814

At Bay, Inc.
P.O. Box 745107
Atlanta GA 30374-5107

AT&T Mobility
P.O. Box 6463
Carol Stream IL 60197

Atlanta Electrical Distributor
2935 Shawnee Industrial Way
Suwanee GA 30024

Austin Business Finance, LLC
1949 S I-35 Frontage Rd
Austin TX 78741

Avigilon
1717 McKinney Ave
Suite 1590
Dept. 3229
Dallas TX 75312-3229

Avixum, Inc.
3033 Winkler Avenue
Ft Meyers FL 33916

B&D Concrete Cutting
6215 Purdue Drive SW
Atlanta GA 30336

Bay Area Electrical
400 W. Texas Ave
Baytown TX 77520

Berkheimer Tax Innovations
P.O. Box 25157
Lehigh Valley PA 18002

Blackmon Power, LLC
1601 Cross Beam Drive
Charlotte NC 28217

Blue Grace Logistics
P.O. Box 4964
Houston TX 77210-4964

Brex, Inc.
650 S 500 W
Suite 209
Salt Lake City UT 84101

ButterflyMX
P.O. Box 771470
St. Louis MO 63177

C. Herman Construction, LLC
1800 Central Ave
Suite 305
Charlotte NC 28205

C. Herman Construction, LLC
1801 Central Ave
Suite 306
Charlotte NC 28205

California State Emp. Development Dep.
P.O. Box 826880-UISD, MIC-40
Sacramento CA 92480-0001

Candela Engineering
27201 Calle Juanita
Dana Point CA 92624

Cassady Electrical Contractors
P.O. Box 531
Ellettsville IN 47429

CBG Building Company, LLC
12200 Tech Road
Suite 300
Silver Springs MD 20904

CDW Direct
P.O. Box 75723
Chicago IL 60675-5723

CED
P.O. Box 936364
Atlanta GA 31193-6364

Cedar Advance, LLC
5401 Collins Ave
CU-9A
Miami Beach FL 33140

CFG Merchant Solutions, LLC
30 Wall Street
8th Floor
New York NY 10005

Cigna Health and Life Insurance Company
2000 S. Colorado Blvd
Tower 3, Suite 1100
Denver CO 80222

Cincinnati Insurance Co
P.O. Box 145620
Cincinnati OH 45250-5620

City Electric Supply
400 S. Record Street
Dallas TX 75202

City of Winder
P.O. Box 568
Winder GA 30680

Colorado Department of Labor and Employm
633 17th Street Ste 1000
Denver CO 80202

Colorado Department of Revenue
1881 Piercer Street
Denver CO 80214

Colorado Family and Medical Leave Ins.
P.O. Box 5070
Denver CO 80217

Commonwealth of Pennsylvania
302 North Office Building
401 North Street
Harrisburg PA 17120

Comp At Work, Inc. DBA vTechio
2338 Immokalee Road
Naples FL 34110

Comptroller of Maryland
110 Carroll Street
Annapolis MD 21411-0001

ConstructConnect
P.O. Box 207121
Dallas TX 75320

Cosco Logistics
100 Lighting Way
Secaucus NJ 07094

Crisp Enterprises Inc.
3180 Pullman St
Costa Mesa AZ 92626-3323

CT Corporation
P.O. Box 4349
Carol Stream IL 60197

Cut Design Concrete Cutting
19821 SW 117th Avenue
Miami FL 33177

DeAngelis Diamond Construction, LLC
6635 Willon Park Drive
Naples FL 34109

Dekalb County Tax Commissioner
P.O. Box 11745
Atlanta GA 30368-7545

Delaware Department of Labor
Christiana Building
252 Chapman Road
Newark DE 19702

Deleware Division of Revenue
Carvel State Office Building
820 N. French Street
Wilmington DE 19801

Digital Reprographics
147 C.S. Floyd Road
Suite A
Loganville GA 30052

District of Columbia
Office of Tax and Revenue
1101 4th Street SW #270
Washington DC 20024

District of Columbia
Department of Employment
4058 Minnesota Ave NE
Washington DC 20019

District of Columbia
Office of Paid Family Leave Tax Div., St
4058 Minnesota Ave NE
Washington DC 20019

Divvy, Inc - Bill.com
Caine & Weiner
5805 Sepulvada Blvd
4th Floor
Sherman Oaks CA 91411

DMK Development Group, LLC
9300 Shelbyville Road
Suite 800
Louisville KY 40222

Duplicating Products Inc
P.O. Box 1548
Gainesville GA 30503

Dynasty Capital 26 LLC
700 Canal St
1st Floor
Stamford CT 06902

Eckart Supply
426 Quarry Road
Corydon IN 47112

Ecomm Technologies, LLC
P.O. Box 1807
Buford GA 30515

Electrical Testing Inc.
2671 Cedartown Highway SE
Rome GA 30161

Elkins Construction, LLC
6104 S. Gazebo Park Place
Jacksonville FL 32257

Elmington
103016th Avenue South
Suite 500
Nashville TN 37212

EquipmentShare
1890 Dogwood Dr, SW
Conyers GA

EverOn
P.O. Box 219044
Kansas City MO 64121-9044

Fifth Third Bank, NA
3344 Peachtree Rd NE
Suite 1000
Atlanta GA 30326

First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
Northbrook IL 60062-7917

FLECO Industries
Timothy R Hassenger, Receiver
2055 Luna Rd
Suite 142
Carrollton TX 75006

Florida Department of Revenue
400 W. Robinson Street N302
Orlando FL 32801

Flournoy Construction Group, LLC
1100 Brookstone Centre Parkway
Columbus GA 31904

Ford Credit
Bankruptcy Department
P.O. Box 35911
Cleveland OH 44135-0911

Forever Funding LLC
2389 Main St
Suite 100
Glastonbury CT 06033

Fox Funding Group, LLC
803 S 21st Ave
Hollywood FL 33020

Freeport Logistics, inc.
4625 N.45th Avenue
Phoenix AZ 85043

Fuel Go, LLC
P.O. Box 70
Paramus NJ 07653

Funderzgrouup LLC dba Mr Advance
750 E Main St
6th Floor
Stamford CT 06902

Gelt Capital USA, LLC
7901 4th St N
Suite 300
St Petersburg GL 33702

Genuine Cable Group, LLC
P.O. Box 734769
Chicago IL 60673-4769

Georgia Department of Labor
148 Andrew Young Intl Blvd, NE
Atlanta GA 30303-1751

Georgia Department of Revenue
P.O. Box 740391
Atlanta GA 30374-0317

Georgia Power
96 Annex
Atlanta GA 30396

Goggin Warehousing , LLC
111 Eaton Drive
Shelbyville TN 37160

Guardian Logistics Solutions
3410 Oak Lake Blvd
Charlotte NC 28208

Guardian Logistics Solutions
P.O. Box 51160
Durham NC 27717

H.A. Berkheimer Associates
P.O. Box 900
Bangor PA 18013

Hanover RS Construction, LLC
1780 S. Post Oak Lane
Houston TX 77056

Haskins Buildiners, Inc.
1300 Baxter Street
Suite 114
Charlotte NC 28204

Heartland Business Systems
1700 Stephen Street
Little Chute WI 54140

Hedrick Brother Construction Co., Inc.
2200 Centrepark West Drive
Suite 100
West Palm Beach FL 33409

Hilti
P.O. Box 70299
Philadelphia PA 19176-0299

Hinton Construction Company, Inc.
110 Dalton Street
Shreveport LA 71106

Hiscox
P.O. Box 745107
Atlanta GA 30374-5107

Honeywell Silent Knight Faren
98534 Collections Center Drive
Chicago IL 60693-8389

Indiana Department of Revenue
P.O. Box 7147
Indianapolis IN 46207-7147

Indiana Department of Workforce Developm
10 N. Senate Ave
Indianapolis IN 46204

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Interstate Business Capital
4740 Florence St
Denver CO 80238-2413

JEM Security
21410 N.15th Lane
Phoenix AZ 85027

Karen Vankirk
2381 Elder Mill Road
Watkinsville GA 30677

Kash Advance, LLC
111 Great Nock Road
Great Neck NY 11021

Kast Construction Company Florida, LLC
701 Northpoint Parkway
Suite 400
West Palm Beach FL 33407

KCH Transportation
P.O. Box 96571
CHARLOTTE NC 28296-0571

Kentucky Department of Revenue
600 Cedar Street #2
Louisville KY 40202

Kentucky Office of Unemployment Insuranc
600 Cedar Street
Louisville KY 40202

Keystone Collections Group
546 Wendel Road
Irwin PA 15642

Kittle Property Group, Inc.
310 E. 96th Street
Suite 400
Indianapolis IN 46240

Knox Engraving Service
2905 Walkup Drive
knoxville TN 37918

LAB PI Group, LLC
62 North Jackson Street
Winder GA 30680

Labor Finders Miami
P.O. 24886
Miami FL 33102-4886

Labor Finders Of Broward Cty
P.O. Box 6458
Lake Worth FL 33466-7774

Landmark Urban Construction Gainesville
315 Oconee Street
Athens GA 30601

Lawrence Freight
359 S. Oak Lane
Waynesboro VA 22980

Listed Alarms of Knoxville
4505 Clairson Drive
Knoxville TN 37931

Littman Bros Lighting
845 S. Roselle Rd
Schaumburg IL 60193

Lloyds of London
P.O. Box 745107
Atlanta GA 30374-5107

Lonestar Electric Supply
P.O. Box 560009
Dallas TX 75356

Lonestar Lighting & Technology
12841 Lighting Drive
Manor TX 78653

Loren Wesley Vankirk
2381 Elder Mill Road
Watkinsville GA 30677

Louisiana Department of Revenue
P.O. Box 751
Baton Rouge LA 70821-0751

Louisiana Workforce Commision
Office of Unemployment Insurance - Admin
PO Box 60020
New Orleans LA 70160

Major League Cutting & Coring
1017 Highway 48S
Dickerson GA 37055

Mako Freight and Warehousing
6855 Presidents Drive #200
Orlando FL 32809

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel NJ 08054

Maryland Department of Labor
100 S. Charles St.
Baltimore MD 21201

Merk Funding, Inc
2102 Avenue Z
Brooklyn NY 11235

Michigan Department of Treasury - Tax
P.O. Box 30783
Lansing MI 48909

MiGre Engineers LLC
760 Florida Central Parkway
Longwood FL 32750

Mississippi Department of Employment
1235 Echelon Parkway
Jackson MS 39213

Mississippi Department of Revenue
P.O. Box 23191
Jackson MS 39225-3191

Mississippi Dept. of Lab. & Opportunity
1235 Echelon Parkway
Jackson MS 39213

Missouri Department of Labor & Industria
421 E. Dunklin St
Jefferson City MO 65101

Missouri Department of Revenue
301 W. High Street
Jefferson City MO 65101

MNY Capital
244 Madison Ave
Suite 1035
New York NY 10016

Mobile Box
8004 Highway 32 West
West Brookston TX 75421

Mobile Mini
P.O. Box 650882
Dallas TX 75265-0882

New Mexico Taxation and Revenue Departme
P.O. Box 25127
Santa Fe NM 87504-5127

Nixon Power
P.O. Box 934345
Atlanta GA 31193

Norcross Electric
4190 Capital View Drive
Suwanee GA 30024

North Carolina Department of Revenue
P.O. Box 25000
Raleigh NC 27640-0650

North Carolina Dept. of Comm. & Empl.
P.O. Box 25903
Raleigh NC 27611-5903

NWR Construction, LLC
558 E. Brooklyn Village Ave.
Suite 120
Charlotte NC 28202

Occupational Health Center, MI
P.O. Box 5106
Southfield MI 48086

Occupational Health Centers SW
P.O. Box 9005
Addison TX 75001

Oklahoma Employment Security Commission
2401 N. Lincoln Blvd
Oklahoma City OK 73105

Oklahoma Tax Commission
P.O. Box 26850
Oklahoma City OK 73126-0850

Old Castle
P.O. Box 402721
Atlanta GA 30384-2721

OneDigital Investment Advisors
P.O. Box 735399
Dallas TX 75373

Oregon Department of Revenue
350 Winter Street NE
2nd Floor
Salem OR 97301

Oregon Dept. of Consumer & Business
350 Winter Street NE
2nd Floor
Salem OR 97301

Oregon State Treasury
867 Hawthorne Ave SE
Salem OR 97301

Palmetto Capital Ventures, LLC
One Whitehall Street
2nd Fl.
New York NY 10004

Penhall
P.O. Box 842911
Los Angeles CA 90084

Pennsylvania Dep. of Labor and Ind.
651 Boass Street
7th Floor
Harrisburg PA 17121

Pennsylvania Department of Revenue
P.O. Box 280418
Harrisburg PA 17128-0418

PG Cutting Services
P.O. Box 695
Lake Elsinore, CA 92531

Prints Charles Reprographics
1643 S. Main St.
Milpitas CA 95035

Priority Worldwide Services
7361 Coca Cola Drive
Suite E
Hanover MD 21076

Pro-Vigil
P.O. Box 677107
Dallas TX 75267-7107

Project Resources Group
Attn: Damage Claims
5960 DTC Blvd
Suite 650 - East
Greenwood Village CO 80111

Propel Advance
1820 Swarthmore Ave
#714
Lakewood NJ 08701

QED
1661 W. 3rd Ave.
Denver CO 80223

Queue Staffing
2330 Enterprise Park Place
Indianapolis IN 46218

Ramp Business Corporation
28 West 23rd St
Floor 2
New York NY 10010

Rath Microtech
N56 W24720 N. Corporate Circle
Sussex WI 53089

Raul Dominguez
109 Wren Court
Cleburne TX 76033

Regency Supply
9261 Jordan Ave.
Chatsworth CA 91311

Relliance Financial FL, LLC
381 Sunrise Highway
Suite 302
Lynbrook NY 11563

Rexel
P.O. Box 742384
Atlanta GA 30374-2103

Rocket Capital NY LLC
1 World Trade Center
Suite 8500
New York NY 10007

RSUI Indemnity Company
450 Skokie Blvd
Suite 1000
Northbrook IL 60062-7917

Scottsdale Indemnity Company
P.O. Box 745107
Atlanta GA 30374-5107

Seawood Builders II, LLC
1324 W. Newport Center Drive
Deerfield Beach FL 30680

Secure Capital, LLC
148-88 Avenue
Jamaica NY 11435

Service Corp of NACM
8840 Columbia 100 Parkway
Columbia MD 21045

SIB Development and Consulting
P.O. Box 736603
Dallas TX 75373

Snellings Walter
P.O. Box 745107
Atlanta GA 30374-5107

South Carolina Department of Emplyment
1550 Gadsden St.
Columbia SC 29201

South Carolina Department of Revenue
P.O. Box 125
Columbia SC 29214-0022

South Western Communications
4871 Rosebud Lane
Newburgh IN 47630

Southbay Distribution
P.O. Box 3561
Apollo Beach FL 33572

Southern California Gas Co.
ML 711D
P.O. Box 2007
Monterey Park CA 91754-0957

Space Age Electronics
58 Crocksett Road
Sterling MA 01564

Speedy Pak Logistics
4017 Wesley Street
Myrtle Beach SC 29579

Staff Zone
863 Holcomb Bridge Road
Roswell GA 30076

Staples Advantage
P.O. Box 105748
Atlanta GA 30348-5748

State of Oregon Employment Department
3406 Cherry Ave NE
Salem OR 97303

Summit Design + Build, LLC
1036 W. Fulton Market
Suite 500
Chicago IL 60607

Sunbelts Rentals
P.O. Box 409211
Atlanta GA 30384-9211

Synergy Equipment
5960 Frontage Road
Forest Park GA 30297

T-Mobile
P.O. Box 742596
Cincinnati OH 45274-2596

Tennessee Department of Labor & Work
220 French Landing Drive
Nashville TN 37243

Tennessee Department of Revenue
500 Deaderick St
Nashville TN 37242

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin TX 78714-9348

Texas Workforce Commission
101 E. 15th Street
Austin TX 78778

The Cason Group
1612 Marion Street
4th Floor
Columbia SC 29201

The Law Office of Jason Gang, PLLC
1245 Hewlett Plaza
#478
Hewlett NY 11557

The Lincoln National Life Insurance Com.
P.O. Box 0821
Carol Stream IL 60132-0821

TriEd Distribution Inc.
P.O. Box 847428
Dallas TX 75284-7428

Truist Loan Services
P.O. Box 2306
Wilson NC 27894

Uline
P.O. Box 88741
Chicago IL 60680-1741

United Electric Supply Co, LLC
P.O. Box 846854
Los Angeles CA 90084

United Rentals
P.O. Box 100711
Atlanta GA 30384-0711

USI Insurance Services
1 Concourse Pkwy NE
Ste 700
Atlanta GA 30328

Utah State Tax Commission
210 North 1950 West
Salt Lake City UT 84134-0180

Utility Group, Inc.
640 Langford Drive
Norcross GA 30071

Utility Precast, Inc.
1420 Ivey Cline Road
Concord NC 28027

Value Lighting, LLC
2265 Roswell Rd
Marietta GA 30062

Velocity International Group
800 Airpark Commerce Dr.
Nashville TN 37217

Verizon Wireless
P.O. Box 16810
Newark NJ 07101-6810

Virginia Department of Taxation
P.O. Box 1500
Richmond VA 23218-1500

Virginia Employment Commission
Professional Workforce Development Cente
600 Butler Farm Road
Hampton VA 23666

Walker & Company, Inc.
931 N. Pennsylvania Avenue
Winter Park FL 32789

Wells Fargo Vendor Fin. Services
PO Box 105743
Atlanta GA 30348

WESCO Distribution, Inc.
Wesco Receivables Corp.
301 E Colorado Boulevard
Suite 300
Pasadena CA 91101

WEX Health, Inc.
700 26th Ave East
West Fargo ND 58078

White Cap, LP
P.O. Box 4852
Orlando FL 32802-4852

William Electric LLC
501 DR DB Todd Jr Blvd
Nashville TN 37203

Windstream
P.O. Box 9001908
Louisville KY 40290-1908

Worker Bee Solutions
1185 Sunbird Avenue
Brighton CO 80601

Yancey Power Systems
1244 Mason Dixon Ln.
Conley GA 30288

# United States Bankruptcy Court
## Middle District of Georgia

In re **Vankirk Electric, Inc.** Case No. ______
Debtor(s) Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vankirk Electric, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2025**
Date

**/s/ David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
Signature of Attorney or Litigant
Counsel for **Vankirk Electric, Inc.**

**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**

**JOINT RESOLUTION OF THE SOLE SHAREHOLDER AND DIRECTOR OF VANKIRK ELECTRIC, INC.**

The following joint action was taken by the sole shareholder and director of Vankirk Electric, Inc. (the "**Company**") by this written consent to said action signed by the sole shareholder and director of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believes that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and

That the following individuals, on behalf of the Company, are each authorized, individually or jointly, to take such actions and to execute such instruments and documents as, in their sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case:

| | |
|---|---|
| Loren Wesley Vankirk | President/CEO/CFO and Sole Director |
| Karen Vankirk | Secretary |

Dated: September 19, 2025.

**SOLE SHAREHOLDER/DIRECTOR**

LOREN WESLEY VANKIRK, Individually

G:\CLIENTS\Vankirk Electric, Inc\Petition\Vankirk\Consent Minutes - Vankirk (09.19.25).doc