# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| VANKIRK ELECTRIC, INC., | : | Case No. 25-30511-AEC |
| Debtor. | : | (Joint-Administration Requested) |
| IN RE: | : | Chapter 11 |
| MON ARC GROUP, INC., | : | Case No. 25-30512-AEC |
| Debtor. | : | |

## MOTION FOR EXPEDITED HEARING ON DEBTORS' FIRST DAY MOTIONS

COME NOW the above-named Debtors and file this *Motion for Expedited Hearing on Debtors' First Day Motions*, respectfully showing as follows:

1. Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on September 19, 2025 (the "**Petition Date**").

2. Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. No committee, trustee, or examiner has been appointed in the cases.

4. Contemporaneously herewith, Debtors filed the following first day motions for which expedited relief is necessary:

    (i) *Motion for Joint Administration* (Dkt. 6 in Case No. 25-30512-AEC);

    (ii) *Debtors' Motion for an Order Limiting Notice and Establishing Notice Procedures* (Dkt. 5 in Case No. 25-30511-AEC and Dkt. 7 in Case No. 25-30512-AEC);

(iii) *Motion for Interim and Final Orders (A) Authorizing the Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (B) Requesting an Expedited Interim Hearing Thereon; and (C) Scheduling a Final Hearing on the Valuation and Use of Cash Collateral* (Dkt. 6 in Case No. 25-30511-AEC and Dkt. 8 in Case No. 25-30512-AEC);

(iv) *Motion of Debtors for Order (I) Authorizing Continued Use of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, and (III) Granting an Interim Waiver of Investment and Deposit Requirements* (Dkt. 7 in Case No. 25-30511-AEC and Dkt. 9 in Case No. 25-30512-AEC);

(v) *Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (B) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests* (Dkt. 8 in Case No. 25-30511-AEC and Dkt. 10 in Case No. 25-30512-AEC);

(vi) *Motion for Order Authorizing Payment of Wages, Salaries, and Other Employee Benefits and Payment of Related Taxes and Withholdings* (Dkt. 9 in Case No. 25-30511-AEC and Dkt. 11 in Case No. 25-30512-AEC); and

(vii) *Debtors' Motion for Authority to Continue Pre-Existing Insurance Programs, to Maintain Insurance Premium Financing Programs and to Pay Pre-Petition Premiums and Related Obligations* (Dkt. 10 in Case No. 25-30511-AEC and Dkt. 12 in Case No. 25-30512-AEC).

(collectively, the "**First Day Motions**").

5. Debtors request an expedited hearing on the First Day Motions. They show that immediate and irreparable harm and economic and financial hardship and/or burdensome and costly case administration will occur unless they are immediately granted the relief requested.

6. On **Exhibit A**, Debtors' proposed undersigned counsel submits his *Certification Regarding Request for Expedited Hearing*.

7. Debtors will submit a proposed Order Authorizing Expedited Hearing with this Motion and, if the Motion is granted, serve such Order and the First Day Motions as directed.

Respectfully submitted this 23rd day of September, 2025.

                                                **STONE & BAXTER, LLP**
                                                By:

*/s/ G. Daniel Taylor*
David L. Bury, Jr.
Georgia Bar No. 133066
G. Daniel Taylor
Georgia Bar No. 528521
Thomas B. Norton
Georgia Bar No. 997178

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)

dbury@stoneansbaxter.com
dtaylor@stoneandbaxter.com
tnorton@stoneandbaxter.com

Proposed Counsel for Debtors

G:\CLIENTS\Vankirk Electric, Inc\First Day Motions\Expedited\8. Motion for Expedited Hearing on First Day Motions.docx

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| VANKIRK ELECTRIC, INC., | : | Case No. 25-30511-AEC |
| | : | (Joint-Administration Requested) |
| Debtor. | : | |
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
| MON ARC GROUP, INC., | : | Case No. 25-30512-AEC |
| | : | |
| Debtor. | : | |

**CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING**

1. I hereby certify, as a member of the Bar of this Court, that I have carefully examined this matter and that there is a true necessity for an expedited hearing.

2. I certify further that the necessity for this expedited hearing has not been caused by any lack of due diligence on my part but has been brought about only by the circumstances of this case.

3. I further certify that I have made a bona fide effort to resolve this matter without a hearing.

Respectfully submitted, this 23rd day of September, 2025.

*/s/ G. Daniel Taylor*
G. Daniel Taylor
Georgia Bar No. 528521
*Proposed Counsel for Debtors*