**SO ORDERED.**

**SIGNED this 26 day of September, 2025.**

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **VANKIRK ELECTRIC, INC.,** | **Case No. 25-30511-AEC**<br>**(Joint-Administration Requested)** |
| **Debtor.** | |
| **IN RE:** | **Chapter 11** |
| **MON ARC GROUP, INC.,** | **Case No. 25-30512-AEC** |
| **Debtor.** | |

**ORDER ON MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES, SALARIES AND OTHER EMPLOYEE BENEFITS AND PAYMENT OF RELATED TAXES AND WITHHOLDINGS**

Debtors having filed their Motion pursuant to Sections 105(a) and 363(b) for entry of an Order granting authority to pay employee wages, compensation, and other benefits (Dkt. 9 in Case No. 25-30511-AEC and Dkt. 11 in Case No. 25-30512-AEC ) (the "**Motion**") on September 23, 2025; the Court having considered the Motion at the expedited hearing held on September 25,

2025; the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their creditors and other parties-in-interest; the Court having further determined that notice of the Motion was sufficient and no further notice is necessary and good and sufficient causes exists for the relief sought in the Motion, it is hereby

**ORDERED AND ADJUDGED THAT**:

1. The Motion is **GRANTED**.

2. Debtors are authorized to honor any pre-petition payroll checks which have not cleared their accounts, if any, prior to the filing of the voluntary petitions herein.

3. Debtors are authorized to pay in the ordinary course of business all wages which accrued pre-petition which remain unpaid, if any, since Debtors' last payroll.

4. Debtors are authorized to pay any taxes or withholdings due in connection with all payroll paid pre-petition.

5. Debtors are authorized to pay or honor all employee benefits, expense reimbursement claims and commissions which accrued pre-petition.

6. Debtors are authorized to honor any employee benefits which have accrued since the last payroll payment.

7. Debtors are authorized to pay in the ordinary course of business all wages, compensation, employee benefits, and employee rated taxes and withholdings that accrue post-petition.

8. Debtors are authorized to continue any other practice, programs, and policies with respect to their employees as such practices, programs, and policies were in effect as of the Petition Date.

9. Notwithstanding anything to contrary in this Order, the authority of the Debtors to

make payments under this Order is subject to the terms and conditions of any interim and final order of this Court approving use of cash collateral.

**END OF DOCUMENT**

**Order Prepared and Submitted By:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)
dbury@stoneandbaxter.com
Proposed Counsel for Debtors

G:\CLIENTS\Vankirk Electric, Inc\First Day Motions\Expedited\Orders\6-Order on Employee Motion.docx