**SO ORDERED.**

**SIGNED this 26 day of September, 2025.**

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **VANKIRK ELECTRIC, INC.,** | : | **Case No. 25-30511** |
| | : | **(Joint-Administration Requested)** |
| **Debtor.** | : | |
| | : | |
| | : | |
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **MON ARC GROUP, INC.,** | : | **Case No. 25-30512** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER ON DEBTORS' MOTION FOR AUTHORITY TO CONTINUE PRE-EXISTING INSURANCE PROGRAMS, TO MAINTAIN INSURANCE PREMIUM FINANCING PROGRAMS AND TO PAY PRE-PETITION PREMIUMS AND RELATED OBLIGATIONS**

Debtors having filed their Motion pursuant to Sections 105(a), 363(b), and 364 of the Bankruptcy Code for entry of an Order granting authority to pay the outstanding pre-petition insurance premiums (Dkt. 10 in Case No. 25-30511-AEC and Dkt. 12 in Case No. 25-30512-AEC) (the "**Motion**") on September 23, 2025; the Court having considered the Motion at the expedited

hearing held on September 25, 2025; the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, their creditors and other parties-in-interest; it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and good and sufficient cause appearing for the relief requested in the Motion, it is hereby:

Accordingly, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**;

2. Debtors are authorized to pay premiums and other amounts necessary to maintain their liability insurance;

3. Debtors are authorized to continue payment of amounts due under the Premium Finance Agreement;

4. Debtors may renew their existing Finance Agreements or enter into new Finance Agreements without further Court approval; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

6. Notwithstanding anything to the contrary in this Order, the authority of the Debtors to make any payments under this Order is subject to the terms and conditions of any interim and final orders of this Court approving use of cash collateral.

**END OF DOCUMENT**

**Order Prepared and Submitted By:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201

478.750.9898
478.750.9899 (fax)
dbury@stoneandbaxter.com
Proposed Counsel for Debtors