**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2025**

*X* **/s/ Loren Wesley Vankirk**
Signature of individual signing on behalf of debtor

**Loren Wesley Vankirk**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **32,694,363.10** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **32,694,363.10** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **33,517,812.98** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **2,707.56** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **26,128,121.63** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **59,648,642.17** |

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$2,943.26** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third** | **Checking** | **7050** | **$8,924.25** |
| 3.2. | **Synovus** | **Checking** | **5115** | **$764,695.54** |
| 3.3. | **Truist** | **Checking** | **3343** | **$29,603.24** |
| 3.4. | **Truist** | **Checking** | **9641** | **$1,790.00** |
| 3.5. | **Truist** | **Checking** | **9668** | **$1,477.63** |
| 3.6. | **RJ O'Brien** | **Brokerage** | **7723** | **$103,173.94** |

Debtor **Vankirk Electric, Inc.** Case number *(If known)* **25-30511**
Name

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$912,607.86**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment for Insurance** | **$239,433.02** |
| 8.2. | **Prepayment for Subscriptions** | **$307,390.40** |
| 8.3. | **Employee Advances** | **$2,684.54** |
| 8.4. | **Prepaid Deposits** | **$13,888.81** |

9. **Total of Part 2.** **$563,396.77**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **6,177,693.39** | - | **0.00** | = .... | **$6,177,693.39** |
| 11b. Over 90 days old: | **4,577,460.11** | - | **0.00** | =.... | **$4,577,460.11** |

12. **Total of Part 3.** **$10,755,153.50**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| | 15.1. **Vankirk Electric of Tennessee, LLC** | **100** % | | **Unknown** |
| | 15.2. **Vankirk Electric of Arkansas, LLC** | **100** % | | **Unknown** |
| | 15.3. **Golden Valley Electrical & Controls Co., Ltd.** | **100** % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

17. **Total of Part 4.** **$0.00**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **General Supplies and Inventory** | **August 31, 2025** | **Unknown** | **Recent cost** | **$7,357,127.63** |

23. **Total of Part 5.** **$7,357,127.63**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **General Office Furniture, Fixtures, and Equipment** | **$97,432.83** | **Acquisition Cost** | **$700,525.48** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$700,525.48**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor **Vankirk Electric, Inc.** Case number *(If known)* **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 47.1. | **2022 Chevrolet Silverado** | **$29,924.79** | **KBB** | **$32,769.00** |
| 47.2. | **2022 Ford F-150** | **$28,747.78** | **KBB** | **$26,649.00** |
| 47.3. | **2024 Ford F-150** | **Unknown** | **KBB** | **$38,388.00** |
| 47.4. | **2024 Ford F-150** | **Unknown** | **KBB** | **$38,388.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Trailer** | **$0.00** | **Acquisition Cost** | **$3,677.00** |
| **Trailer** | **$0.00** | **Acquisition Cost** | **$1,069.00** |

51. **Total of Part 8.** **$140,940.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **62 North Jackson Street, Winder, Georgia 30680** | **Leasehold** | **$0.00** | | **$0.00** |

Debtor **Vankirk Electric, Inc.** Case number *(If known)* **25-30511**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **60 North Jackson Street, Winder, Georgia 30680** | **Leasehold** | **$0.00** | | **$0.00** |
| 55.3. | **71 North Broad Street, Winder, Georgia 30680** | **Leasehold** | **$0.00** | | **$0.00** |
| 55.4. | **18 E Candler Street, Winder, Georgia 30680** | **Leasehold** | **$0.00** | | **$0.00** |
| 55.5. | **19 E Candler Street, Floors 2 & 3, Winder, Georgia 30680** | **Leasehold** | **$0.00** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| Description | Total face amount | | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **Debtor has approximately $27,300.00 in short term loans made to staffing services.** | **27,300.00** | - | **0.00** | = | **$27,300.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor **Vankirk Electric, Inc.** Case number *(If known)* **25-30511**
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| **Potential counterclaims against HG Ariza Owner, LLC in Case No. 2024-CA-000084 pending in the Circuit Court of the First Judicial Cricuit in and for Walton County, Florida.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** **$0.00** | |
| **Potential crossclaims against Bailey Mechanical, LLC, et al. in Case No. 2024-CA-000084 pending in the Circuit Court of the First Judicial Cricuit in and for Walton County, Florida.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** **$0.00** | |
| **Potential counterclaims against Julissa Olea in Case No. 30-2025-01485322-CU-WT-CJC pending in the Superior Court of Orange County, California** | **Unknown** |
| **Nature of claim** **Civil** | |
| **Amount requested** **$0.00** | |
| **Potential crossclaims against Alex Flores, et al. in Case No. 30-2025-01485322-CU-WT-CJC pending in the Superior Court of Orange County, California** | **Unknown** |
| **Nature of claim** **Civil** | |
| **Amount requested** **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Leasehold Improvements** | **$1,947,407.56** |
| **Cash Collateral for insurance captive** | **$600,000.00** |
| **Retainage Receivables** | **$9,689,904.30** |

78. **Total of Part 11.** **$12,264,611.86**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Vankirk Electric, Inc.** Case number *(If known)* **25-30511**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | **$912,607.86** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | **$563,396.77** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | **$10,755,153.50** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | **$7,357,127.63** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | **$700,525.48** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | **$140,940.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | **$12,264,611.86** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | **$32,694,363.10** | + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$32,694,363.10**

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Affinity Capital Group**
Creditor's Name
**1245 Hewlett Plaza**
**#478**
**Hewlett, NY 11557**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Recieveable**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: **$581,250.00** Column B: **$0.00**

**2.2 Alpha Equity Fund LLC**
Creditor's Name
**1425 37th Street**
**Suite 201**
**Attn: File Right, LLC**
**Brooklyn, NY 11218**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$487,500.00** Column B: **$0.00**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

2.3 **Austin Business Finance, LLC**
Creditor's Name

**1949 S I-35 Frontage Rd**
**Austin, TX 78741**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$301,082.00** **$0.00**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.4 **Cedar Advance, LLC**
Creditor's Name
**5401 Collins Ave**
**CU-9A**
**Miami Beach, FL 33140**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Junior lien on Accounts Recievable**

**$333,333.34** **$0.00**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.5 **CFG Merchant Solutions, LLC**
Creditor's Name
**30 Wall Street**
**8th Floor**
**New York, NY 10005**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$81,250.00** **$0.00**

**Describe the lien**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.6 **Dynasty Capital 26 LLC**
Creditor's Name
**700 Canal St**
**1st Floor**
**Stamford, CT 06902**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$947,727.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.7 **Fifth Third Bank, NA**
Creditor's Name
**3344 Peachtree Rd NE**
**Suite 1000**
**Atlanta, GA 30326**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**$15,000,000.00** **$15,000,000.00**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

2.8 **Fifth Third Bank, NA**
Creditor's Name
**3344 Peachtree Rd NE**
**Suite 1000**
**Atlanta, GA 30326**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**$1,155,555.50** **$1,155,555.50**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Fifth Third Bank, NA**
Creditor's Name
**3344 Peachtree Rd NE**
**Suite 1000**
**Atlanta, GA 30326**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**$5,000,000.00** **$5,000,000.00**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **First Insurance Funding Corp.**
Creditor's Name
**450 Skokie Blvd., Suite 1000**
**Northbrook, IL 60062-7917**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Insurance Premiums**

**$10,643.89** **$10,643.89**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Ford Credit**
Creditor's Name
**Bankruptcy Department**
**P.O. Box 35911**
**Cleveland, OH 44135-0911**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Ford F-150**

**$25,318.98** **$26,649.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Ford Credit**
Creditor's Name
**Bankruptcy Department**
**P.O. Box 35911**
**Cleveland, OH 44135-0911**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2024 Ford F-150**

**$43,329.32** **$38,388.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Ford Credit**

**Describe debtor's property that is subject to a lien**

**$43,329.32** **$38,388.00**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

Creditor's Name
**Bankruptcy Department**
**P.O. Box 35911**
**Cleveland, OH 44135-0911**
Creditor's mailing address

**2024 Ford F-150**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Forever Funding LLC**
Creditor's Name
**2389 Main St**
**Suite 100**
**Glastonbury, CT 06033**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$192,704.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.15 **Fox Funding Group, LLC**
Creditor's Name
**803 S 21st Ave**
**Hollywood, FL 33020**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$445,951.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**

Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.16 **Funderzgroup LLC dba Mr Advance**

Creditor's Name

**750 E Main St**
**6th Floor**
**Stamford, CT 06902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Junior Lien on Accounts Recievable**

**$346,667.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.17 **Gelt Capital USA, LLC**

Creditor's Name

**7901 4th St N**
**Suite 300**
**St Petersburg, GL 33702**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Junior Lien on Accounts Recievable**

**$317,183.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.18 **Kash Advance, LLC**

Creditor's Name

**111 Great Nock Road**
**Great Neck, NY 11021**

**Describe debtor's property that is subject to a lien**

**Junior lien on Accounts Recievable**

**$445,951.00** **$0.00**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

Creditor's mailing address

Describe the lien
**Alleged Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.19 **Merk Funding, Inc** — $365,968.00 — $0.00

Creditor's Name
**2102 Avenue Z**
**Brooklyn, NY 11235**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

Describe the lien
**Alleged Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.20 **MNY Capital** — $397,895.00 — $0.00

Creditor's Name
**244 Madison Ave**
**Suite 1035**
**New York, NY 10016**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

Describe the lien
**Alleged Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

2.21 **Palmetto Capital Ventures, LLC**
Creditor's Name
**One Whitehall Street**
**2nd Fl.**
**New York, NY 10004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$2,821,440.00** **$0.00**

---

2.22 **Propel Advance**
Creditor's Name
**1820 Swarthmore Ave**
**#714**
**Lakewood, NJ 08701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$333,333.34** **$0.00**

---

2.23 **Reliance Financial FL, LLC**
Creditor's Name
**381 Sunrise Highway**
**Suite 302**
**Lynbrook, NY 11563**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**Describe the lien**

**$2,812,500.00** **$0.00**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.24 **Rocket Capital NY LLC**
Creditor's Name
**1 World Trade Center**
**Suite 8500**
**New York, NY 10007**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$635,037.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.25 **Secure Capital, LLC**
Creditor's Name
**148-88 Avenue**
**Jamaica, NY 11435**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Junior Lien on Accounts Recievable**

**$365,968.00** **$0.00**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

2.26 **Truist Loan Services**
Creditor's Name

**P.O. Box 2306**
**Wilson, NC 27894**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chevrolet Silverado**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,896.29** **$32,769.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$33,517,812.98**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Jason Gang, PLLC**<br>**1245 Hewlett Plaza**<br>**#478**<br>**Hewlett, NY 11557** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Alabama Department of Labor**<br>**649 Monroe Street**<br>**Montgomery, AL 36131** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Alabama Department of Revenue**<br>**P.O. Box 327320**<br>**Montgomery, AL 36132-7320** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Arizona Department of Economic Security**<br>**P.O. Box 29085**<br>**Phoenix, AZ 85038-9085** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**P.O. Box 29009**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Arkansas Dep. of Fin. & Administration**<br>**1900 W. 7th Street**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Arkansas Workforce Connections**<br>**206 Southwest Dr. B**<br>**Jonesboro, AR 72401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**California State Emp. Development Dep.**<br>**P.O. Box 826880-UISD, MIC-40**<br>**Sacramento, CA 92480-0001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Colorado Department of Labor and Employm**<br>**633 17th Street Ste 1000**<br>**Denver, CO 80202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1881 Piercer Street**<br>**Denver, CO 80214** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Colorado Family and Medical Leave Ins.**<br>**P.O. Box 5070**<br>**Denver, CO 80217** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

2.11 Priority creditor's name and mailing address
**Commonwealth of Pennsylvania**
**302 North Office Building**
**401 North Street**
**Harrisburg, PA 17120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.12 Priority creditor's name and mailing address
**Comptroller of Maryland**
**110 Carroll Street**
**Annapolis, MD 21411-0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.13 Priority creditor's name and mailing address
**Dekalb County Tax Commissioner**
**P.O. Box 11745**
**Atlanta, GA 30368-7545**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,707.56** **$2,707.56**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.14 Priority creditor's name and mailing address
**Delaware Department of Labor**
**Christiana Building**
**252 Chapman Road**
**Newark, DE 19702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| # | Priority creditor's name and mailing address | Claim status | Total claim | Priority amount |
|---|---|---|---|---|
| 2.15 | **Deleware Division of Revenue<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.16 | **District of Columbia<br>Office of Tax and Revenue<br>1101 4th Street SW #270<br>Washington, DC 20024**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.17 | **District of Columbia<br>Department of Employment<br>4058 Minnesota Ave NE<br>Washington, DC 20019**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.18 | **District of Columbia<br>Office of Paid Family Leave Tax Div., St<br>4058 Minnesota Ave NE<br>Washington, DC 20019**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

2.19 Priority creditor's name and mailing address
**Florida Department of Revenue**
**400 W. Robinson Street N302**
**Orlando, FL 32801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**Georgia Department of Labor**
**148 Andrew Young Intl Blvd, NE**
**Atlanta, GA 30303-1751**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**Georgia Department of Revenue**
**P.O. Box 740391**
**Atlanta, GA 30374-0317**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.22 Priority creditor's name and mailing address
**Indiana Department of Revenue**
**P.O. Box 7147**
**Indianapolis, IN 46207-7147**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

2.23 Priority creditor's name and mailing address
**Indiana Department of Workforce Developm**
**10 N. Senate Ave**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.24 Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.25 Priority creditor's name and mailing address
**Kentucky Department of Revenue**
**600 Cedar Street #2**
**Louisville, KY 40202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.26 Priority creditor's name and mailing address
**Kentucky Office of Unemployment Insuranc**
**600 Cedar Street**
**Louisville, KY 40202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**2.27** Priority creditor's name and mailing address
**Louisiana Department of Revenue**
**P.O. Box 751**
**Baton Rouge, LA 70821-0751**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.28** Priority creditor's name and mailing address
**Louisiana Workforce Commision**
**Office of Unemployment Insurance - Admin**
**PO Box 60020**
**New Orleans, LA 70160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.29** Priority creditor's name and mailing address
**Maryland Department of Labor**
**100 S. Charles St.**
**Baltimore, MD 21201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.30** Priority creditor's name and mailing address
**Michigan Department of Treasury - Tax**
**P.O. Box 30783**
**Lansing, MI 48909**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**Mississippi Department of Employment<br>1235 Echelon Parkway<br>Jackson, MS 39213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>**Mississippi Department of Revenue<br>P.O. Box 23191<br>Jackson, MS 39225-3191** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.33 | Priority creditor's name and mailing address<br>**Mississippi Dept. of Lab. & Opportunity<br><br>1235 Echelon Parkway<br>Jackson, MS 39213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.34 | Priority creditor's name and mailing address<br>**Missouri Department of Labor & Industria<br>421 E. Dunklin St<br>Jefferson City, MO 65101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Missouri Department of Revenue**<br>**301 W. High Street**<br>**Jefferson City, MO 65101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.36 | Priority creditor's name and mailing address<br>**New Mexico Taxation and Revenue Departme**<br>**P.O. Box 25127**<br>**Santa Fe, NM 87504-5127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.37 | Priority creditor's name and mailing address<br>**North Carolina Department of Revenue**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640-0650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.38 | Priority creditor's name and mailing address<br>**North Carolina Dept. of Comm. & Empl.**<br>**P.O. Box 25903**<br>**Raleigh, NC 27611-5903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address<br>**Oklahoma Employment Security Commission**<br>**2401 N. Lincoln Blvd**<br>**Oklahoma City, OK 73105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.40 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**P.O. Box 26850**<br>**Oklahoma City, OK 73126-0850** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.41 | Priority creditor's name and mailing address<br>**Oregon Department of Revenue**<br>**350 Winter Street NE**<br>**2nd Floor**<br>**Salem, OR 97301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.42 | Priority creditor's name and mailing address<br>**Oregon Dept. of Consumer & Business**<br>**350 Winter Street NE**<br>**2nd Floor**<br>**Salem, OR 97301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Oregon State Treasury**<br>**867 Hawthorne Ave SE**<br>**Salem, OR 97301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Pennsylvania Dep. of Labor and Ind.**<br>**651 Boass Street**<br>**7th Floor**<br>**Harrisburg, PA 17121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Pennsylvania Department of Revenue**<br>**P.O. Box 280418**<br>**Harrisburg, PA 17128-0418** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**South Carolina Department of Emplyment**<br>**1550 Gadsden St.**<br>**Columbia, SC 29201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**2.47** Priority creditor's name and mailing address
**South Carolina Department of Revenue**
**P.O. Box 125**
**Columbia, SC 29214-0022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.48** Priority creditor's name and mailing address
**State of Oregon Employment Department**
**3406 Cherry Ave NE**
**Salem, OR 97303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.49** Priority creditor's name and mailing address
**Tennessee Department of Labor & Work**
**220 French Landing Drive**
**Nashville, TN 37243**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.50** Priority creditor's name and mailing address
**Tennessee Department of Revenue**
**500 Deaderick St**
**Nashville, TN 37242**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | | |
|---|---|---|---|---|
| 2.51 | Priority creditor's name and mailing address<br>**Texas Comptroller of Public Accounts**<br>**P.O. Box 149348**<br>**Austin, TX 78714-9348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.52 | Priority creditor's name and mailing address<br>**Texas Workforce Commission**<br>**101 E. 15th Street**<br>**Austin, TX 78778** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.53 | Priority creditor's name and mailing address<br>**Utah State Tax Commission**<br>**210 North 1950 West**<br>**Salt Lake City, UT 84134-0180** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.54 | Priority creditor's name and mailing address<br>**Virginia Department of Taxation**<br>**P.O. Box 1500**<br>**Richmond, VA 23218-1500** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

2.55 Priority creditor's name and mailing address
**Virginia Employment Commission**
**Professional Workforce**
**Development Cente**
**600 Butler Farm Road**
**Hampton, VA 23666**
Date or dates debt was incurred
Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset?
■ No
☐ Yes

**$0.00** **$0.00**

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**4LP**
**29089 Krentel Rd**
**Suite 200**
**Apt 2**
**Lacombe, LA 70445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**$127,041.50**

3.2 **Nonpriority creditor's name and mailing address**
**Accolade Electric**
**155 N. Lake Ave**
**8th Floor**
**Pasadena, CA 91101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

3.3 **Nonpriority creditor's name and mailing address**
**Alltime Security Alarm**
**1212 S Atlantic Blvd**
**#105**
**Alhambra, CA 91803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**$4,720.00**

3.4 **Nonpriority creditor's name and mailing address**
**American Express**
**P.O. Box 981531**
**El Paso, TX 79998-1531**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**$2,010,184.92**

3.5 **Nonpriority creditor's name and mailing address**
**Amerisure Mutual Insurance**
**P.O. Box 78000**
**Detroit, MI 48278-0226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**$52.61**

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.6 | **AMWAT Moving and Warehousing**<br>**319 Ross Road**<br>**Tallahassee, FL 32305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,140.00** |
| 3.7 | **Anixter Inc.**<br>**P.O. Box 842591**<br>**Dallas, TX 75284-2591**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$444,900.61** |
| 3.8 | **Archway Insurance Captive, LTD**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$176,783.16** |
| 3.9 | **Armstrong Relocation**<br>**6421 FM 3009**<br>**Schartz, TX 78154**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,581.71** |
| 3.10 | **Armstrong Relocation**<br>**1405 Crescent Drive**<br>**Carrollton, TX 75006**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.00** |
| 3.11 | **Armstrong Relocation - Florida**<br>**1270 NE 48th Street**<br>**Pompano Beach, FL 33064**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,976.02** |
| 3.12 | **Armstrong Relocation - Memphis**<br>**4690 Hungerford Road**<br>**Memphis, TN 38118**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,224.00** |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**3.13 Nonpriority creditor's name and mailing address**
**Armstrong Relocation Company**
**1600 Prosser Road**
**Knoxville, TN 37814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,646.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**At Bay, Inc.**
**P.O. Box 745107**
**Atlanta, GA 30374-5107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**Atlanta Electrical Distributor**
**2935 Shawnee Industrial Way**
**Suwanee, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,479,442.11**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.17 Nonpriority creditor's name and mailing address**
**Atmos Energy**
**PO Box 841425**
**Dallas, TX 75284-1425**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,106.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**Avigilon**
**1717 McKinney Ave**
**Suite 1590**
**Dept. 3229**
**Dallas, TX 75312-3229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$318.33**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**Avixum, Inc.**
**3033 Winkler Avenue**
**Ft Meyers, FL 33916**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,067.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**B&D Concrete Cutting**<br>**6215 Purdue Drive SW**<br>**Atlanta, GA 30336**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,400.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Bay Area Electrical**<br>**400 W. Texas Ave**<br>**Baytown, TX 77520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$229.14** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Berkheimer Tax Innovations**<br><br>**P.O. Box 25157**<br>**Lehigh Valley, PA 18002**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Blackmon Power, LLC**<br>**1601 Cross Beam Drive**<br>**Charlotte, NC 28217**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,580.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Blue Grace Logistics**<br>**P.O. Box 4964**<br>**Houston, TX 77210-4964**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,079.47** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Brex, Inc.**<br>**650 S 500 W**<br>**Suite 209**<br>**Salt Lake City, UT 84101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$836,593.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**ButterflyMX**<br>**P.O. Box 771470**<br>**St. Louis, MO 63177**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,612.66** |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.27 | **Candela Engineering**<br>**27201 Calle Juanita**<br>**Dana Point, CA 92624**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,400.00** |
| 3.28 | **Cassady Electrical Contractors**<br>**P.O. Box 531**<br>**Ellettsville, IN 47429**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,032.62** |
| 3.29 | **CDW Direct**<br>**P.O. Box 75723**<br>**Chicago, IL 60675-5723**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$86,526.72** |
| 3.30 | **CED**<br>**P.O. Box 936364**<br>**Atlanta, GA 31193-6364**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,311.90** |
| 3.31 | **Cigna Health and Life Insurance Company**<br>**2000 S. Colorado Blvd**<br>**Tower 3, Suite 1100**<br>**Denver, CO 80222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$59,544.04** |
| 3.32 | **Cincinnati Insurance Co**<br>**P.O. Box 145620**<br>**Cincinnati, OH 45250-5620**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,705.00** |
| 3.33 | **City Electric Supply**<br>**400 S. Record Street**<br>**Dallas, TX 75202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$449,888.35** |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.34 **Nonpriority creditor's name and mailing address**
**City of Winder**
**P.O. Box 568**
**Winder, GA 30680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Comp At Work, Inc. DBA vTechio**
**2338 Immokalee Road**
**Naples, FL 34110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**ConstructConnect**
**P.O. Box 207121**
**Dallas, TX 75320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,733.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Cosco Logistics**
**100 Lighting Way**
**Secaucus, NJ 07094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$356.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Crisp Enterprises Inc.**
**3180 Pullman St**
**Costa Mesa, AZ 92626-3323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,651.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,427.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**Cut Design Concrete Cutting**
**19821 SW 117th Avenue**
**Miami, FL 33177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.41 **Nonpriority creditor's name and mailing address**
**Digital Reprographics**
**147 C.S. Floyd Road**
**Suite A**
**Loganville, GA 30052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,661.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Divvy, Inc - Bill.com**
**Caine & Weiner**
**5805 Sepulvada Blvd**
**4th Floor**
**Sherman Oaks, CA 91411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,929,411.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Duplicating Products Inc**
**P.O. Box 1548**
**Gainesville, GA 30503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,311.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**EAN Services, LLC**
**P.O. Box 840173**
**Kansas City, MO 64184**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,546.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Eckart Supply**
**426 Quarry Road**
**Corydon, IN 47112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$409,364.26**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Ecomm Technologies, LLC**
**P.O. Box 1807**
**Buford, GA 30515**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,079.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Electrical Testing Inc.**
**2671 Cedartown Highway SE**
**Rome, GA 30161**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

**3.48** **Nonpriority creditor's name and mailing address**
**EquipmentShare**
**1890 Dogwood Dr, SW**
**Conyers, GA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,867.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**EverOn**
**P.O. Box 219044**
**Kansas City, MO 64121-9044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,110.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,139.99**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$92.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$498.97**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
**FLECO Industries**
**Timothy R Hassenger, Receiver**
**2055 Luna Rd**
**Suite 142**
**Carrollton, TX 75006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$763,329.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
**Freeport Logistics, inc.**
**4625 N.45th Avenue**
**Phoenix, AZ 85043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,715.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Fuel Go, LLC**<br>**P.O. Box 70**<br>**Paramus, NJ 07653**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,738.98** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Genuine Cable Group, LLC**<br>**P.O. Box 734769**<br>**Chicago, IL 60673-4769**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,524.83** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utility<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Goggin Warehousing , LLC**<br>**111 Eaton Drive**<br>**Shelbyville, TN 37160**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$847.79** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Guardian Logistics Solutions**<br>**3410 Oak Lake Blvd**<br>**Charlotte, NC 28208**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,209.00** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Guardian Logistics Solutions**<br>**P.O. Box 51160**<br>**Durham, NC 27717**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$490.00** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**H.A. Berkheimer Associates**<br>**P.O. Box 900**<br>**Bangor, PA 18013**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.62 **Nonpriority creditor's name and mailing address**
**HC Ariza Owner, LLC**
**3340 Peachtree Road NE**
**Suite 2250**
**Atlanta, GA 30326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Alleged Claim for Work Performed
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**Heartland Business Systems**
**1700 Stephen Street**
**Little Chute, WI 54140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,898.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Hilti**
**P.O. Box 70299**
**Philadelphia, PA 19176-0299**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,238.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Hiscox**
**P.O. Box 745107**
**Atlanta, GA 30374-5107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Honeywell Silent Knight Faren**
**98534 Collections Center Drive**
**Chicago, IL 60693-8389**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$730.73**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Hubexo**
**PO Box 736555**
**Chicago, IL 60673-6555**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Independent Electrical Contractors**
**4500 Winters Chapel Road**
**Atlanta, GA 30360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,377.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.69 **Nonpriority creditor's name and mailing address**
**Interstate Business Capital**
**4740 Florence St**
**Denver, CO 80238-2413**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,765.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**JEM Security**
**21410 N.15th Lane**
**Phoenix, AZ 85027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110,248.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Julissa Olea**
**5550 Topang Canyong Blvd**
**Suite 200**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Alleged Employment Claim
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Karen Vankirk**
**2381 Elder Mill Road**
**Watkinsville, GA 30677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**KCH Transportation**
**P.O. Box 96571**
**CHARLOTTE, NC 28296-0571**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,446.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Keystone Collections Group**
**546 Wendel Road**
**Irwin, PA 15642**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Knox Engraving Service**
**2905 Walkup Drive**
**knoxville, TN 37918**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$961.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.76 **Nonpriority creditor's name and mailing address**
**LAB PI Group, LLC**
**62 North Jackson Street**
**Winder, GA 30680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,111,653.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Labor Finders Miami**
**P.O. 24886**
**Miami, FL 33102-4886**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$186.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Labor Finders Of Broward Cty**
**P.O. Box 6458**
**Lake Worth, FL 33466-7774**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,175.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Lawrence Freight**
**359 S. Oak Lane**
**Waynesboro, VA 22980**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,254.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Listed Alarms of Knoxville**
**4505 Clairson Drive**
**Knoxville, TN 37931**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Littman Bros Lighting**
**845 S. Roselle Rd**
**Schaumburg, IL 60193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,076,870.20**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Lloyds of London**
**P.O. Box 745107**
**Atlanta, GA 30374-5107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.83 **Nonpriority creditor's name and mailing address**
**Lonestar Electric Supply**
**P.O. Box 560009**
**Dallas, TX 75356**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,030.60**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Lonestar Lighting & Technology**
**12841 Lighting Drive**
**Manor, TX 78653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$389,554.74**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Loren Wesley Vankirk**
**2381 Elder Mill Road**
**Watkinsville, GA 30677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,548,691.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Major League Cutting & Coring**
**1017 Highway 48S**
**Dickerson, GA 37055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Mako Freight and Warehousing**
**6855 Presidents Drive #200**
**Orlando, FL 32809**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,148.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Mark Orr**
**PO Box 883**
**Winder, GA 30680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,067.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**MiGre Engineers LLC**
**760 Florida Central Parkway**
**Longwood, FL 32750**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.90 **Nonpriority creditor's name and mailing address**
**Mobile Box**
**8004 Highway 32 West**
**West Brookston, TX 75421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,045.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Mobile Mini**
**P.O. Box 650882**
**Dallas, TX 75265-0882**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,854.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Nixon Power**
**P.O. Box 934345**
**Atlanta, GA 31193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,829.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Norcross Electric**
**4190 Capital View Drive**
**Suwanee, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,262,338.85**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Norcross Electric**
**4190 Capital View Drive**
**Suwanee, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$553,352.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Promissory Note
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Occupational Health Center, MI**
**P.O. Box 5106**
**Southfield, MI 48086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$614.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Occupational Health Centers SW**
**P.O. Box 9005**
**Addison, TX 75001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$461.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.97 **Nonpriority creditor's name and mailing address**
**Old Castle**
**P.O. Box 402721**
**Atlanta, GA 30384-2721**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$267.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**OneDigital Investment Advisors**
**P.O. Box 735399**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,995.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**Penhall**
**P.O. Box 842911**
**Los Angeles, CA 90084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**PG Cutting Services**
**P.O. Box 695**
**Lake Elsinore, CA 92531**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
**Prints Charles Reprographics**
**1643 S. Main St.**
**Milpitas, CA 95035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$624.38**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
**Priority Worldwide Services**
**7361 Coca Cola Drive**
**Suite E**
**Hanover, MD 21076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,314.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
**Pro-Vigil**
**P.O. Box 677107**
**Dallas, TX 75267-7107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$72,424.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.104 | **Project Resources Group**<br>**Attn: Damage Claims**<br>**5960 DTC Blvd**<br>**Suite 650 - East**<br>**Greenwood Village, CO 80111**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,248.44** |
| 3.105 | **QED**<br>**1661 W. 3rd Ave.**<br>**Denver, CO 80223**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,538.15** |
| 3.106 | **Queue Staffing**<br>**2330 Enterprise Park Place**<br>**Indianapolis, IN 46218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,536.60** |
| 3.107 | **Ramp Business Corporation**<br>**28 West 23rd St**<br>**Floor 2**<br>**New York, NY 10010**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Corporate Card<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,987,568.60** |
| 3.108 | **Rath Microtech**<br>**N56 W24720 N. Corporate Circle**<br>**Sussex, WI 53089**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,849.80** |
| 3.109 | **Rauch-Milliken International**<br>**PO Box 8390**<br>**Metairie, LA 70011-8390**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,211.76** |
| 3.110 | **Raul Dominguez**<br>**109 Wren Court**<br>**Cleburne, TX 76033**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$653.76** |

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.111 **Nonpriority creditor's name and mailing address**
**Regency Supply**
**9261 Jordan Ave.**
**Chatsworth, CA 91311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,688.48**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**Rexel**
**P.O. Box 742384**
**Atlanta, GA 30374-2103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$183,407.32**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**RSUI Indemnity Company**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062-7917**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,643.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Scottsdale Indemnity Company**
**P.O. Box 745107**
**Atlanta, GA 30374-5107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**Service Corp of NACM**
**8840 Columbia 100 Parkway**
**Columbia, MD 21045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,125.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
**SIB Development and Consulting**
**P.O. Box 736603**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,480.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**Snellings Walter**
**P.O. Box 745107**
**Atlanta, GA 30374-5107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.118 **Nonpriority creditor's name and mailing address**
**South Western Communications**
**4871 Rosebud Lane**
**Newburgh, IN 47630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,250.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Southbay Distribution**
**P.O. Box 3561**
**Apollo Beach, FL 33572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,495.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Southern California Gas Co.**
**ML 711D**
**P.O. Box 2007**
**Monterey Park, CA 91754-0957**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,573.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Space Age Electronics**
**58 Crocksett Road**
**Sterling, MA 01564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,048.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Speedy Pak Logistics**
**4017 Wesley Street**
**Myrtle Beach, SC 29579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$136.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**Staff Zone**
**863 Holcomb Bridge Road**
**Roswell, GA 30076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$188.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Staples Advantage**
**P.O. Box 105748**
**Atlanta, GA 30348-5748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,158.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.125 **Nonpriority creditor's name and mailing address**
**Sunbelts Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$187,985.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Synergy Equipment**
**5960 Frontage Road**
**Forest Park, GA 30297**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,193.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**T-Mobile**
**P.O. Box 742596**
**Cincinnati, OH 45274-2596**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**The Cason Group**
**1612 Marion Street**
**4th Floor**
**Columbia, SC 29201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**The Favergray Company**
**415 Pablo Avenue**
**Suite 200**
**Jacksonville Beach, FL 32250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Alleged Breach of Contract
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**The Lincoln National Life Insurance Com.**
**P.O. Box 0821**
**Carol Stream, IL 60132-0821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Employee Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**TriEd Distribution Inc.**
**P.O. Box 847428**
**Dallas, TX 75284-7428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$511,617.67**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.132 **Nonpriority creditor's name and mailing address**
**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,248.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**United Electric Supply Co, LLC**
**P.O. Box 846854**
**Los Angeles, CA 90084**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$255,027.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,621.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**USI Insurance Services**
**1 Concourse Pkwy NE**
**Ste 700**
**Atlanta, GA 30328**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**Utility Group, Inc.**
**640 Langford Drive**
**Norcross, GA 30071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**Utility Precast, Inc.**
**1420 Ivey Cline Road**
**Concord, NC 28027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$182.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**Value Lighting, LLC**
**2265 Roswell Rd**
**Marietta, GA 30062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,797.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.139 **Nonpriority creditor's name and mailing address**
**Velocity International Group**
**800 Airpark Commerce Dr.**
**Nashville, TN 37217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$138.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**P.O. Box 16810**
**Newark, NJ 07101-6810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**WESCO Distribution, Inc.**
**Wesco Receivables Corp.**
**301 E Colorado Boulevard**
**Suite 300**
**Pasadena, CA 91101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,247.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**WEX Health, Inc.**
**700 26th Ave East**
**West Fargo, ND 58078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Employee HSA
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**White Cap, LP**
**P.O. Box 4852**
**Orlando, FL 32802-4852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$852.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**William Electric LLC**
**501 DR DB Todd Jr Blvd**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Windstream**
**P.O. Box 9001908**
**Louisville, KY 40290-1908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vankirk Electric, Inc.** Case number (if known) **25-30511**
Name

3.146 **Nonpriority creditor's name and mailing address**
**Worker Bee Solutions**
**1185 Sunbird Avenue**
**Brighton, CO 80601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,908.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Yancey Power Systems**
**1244 Mason Dixon Ln.**
**Conley, GA 30288**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,325.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,707.56 |
| **5b. Total claims from Part 2** | 5b. + | $ 26,128,121.63 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 26,130,829.19 |

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Holly Hills Apartments** | |
| State the term remaining | | **AHP Construction, LLC**<br>**222 Central park Avenue**<br>**Suite 2100**<br>**Virginia Beach, VA 23462** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Rio Point** | |
| State the term remaining | | **AHP Construction, LLC**<br>**222 Central park Avenue**<br>**Suite 2100**<br>**Virginia Beach, VA 23462** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Union at Tryon** | |
| State the term remaining | | **Annex Construction of North Carolina, LL**<br>**409 Massachuetts Avenue**<br>**Suite 300**<br>**Indianapolis, IN 46204** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **General Liability, Work Comp., Auto** | |
| State the term remaining | | **Archway Insurance Captive, LTD**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |
| List the contract number of any government contract | | |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Cyber insurance** | **At Bay, Inc.**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Opened** | **AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Arcadia at Grande Dunes** | **C. Herman Construction, LLC**<br>**1800 Central Ave**<br>**Suite 305**<br>**Charlotte, NC 28205** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Eastland Yard Apartments** | **C. Herman Construction, LLC**<br>**1800 Central Ave**<br>**Suite 305**<br>**Charlotte, NC 28205** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Eastland Yard Parking Deck** | **C. Herman Construction, LLC**<br>**1801 Central Ave**<br>**Suite 306**<br>**Charlotte, NC 28205** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Encore at Reems Creek** | |
| State the term remaining | | **C. Herman Construction, LLC**<br>**1801 Central Ave**<br>**Suite 306**<br>**Charlotte, NC 28205** |
| List the contract number of any government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Mallard Creek Apartments** | |
| State the term remaining | | **C. Herman Construction, LLC**<br>**1800 Central Ave**<br>**Suite 305**<br>**Charlotte, NC 28205** |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Mariposa at Riverblue** | |
| State the term remaining | | **C. Herman Construction, LLC**<br>**1800 Central Ave**<br>**Suite 305**<br>**Charlotte, NC 28205** |
| List the contract number of any government contract | | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Elms at Watershed** | |
| State the term remaining | | **CBG Building Company, LLC**<br>**12200 Tech Road**<br>**Suite 300**<br>**Silver Springs, MD 20904** |
| List the contract number of any government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance** | |
| State the term remaining | | **Cigna Health and Life Insurance Company**<br>**2000 S. Colorado Blvd**<br>**Tower 3, Suite 1100**<br>**Denver, CO 80222** |
| List the contract number of any government contract | | |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Inland Marine, Builder's Risk** | **Cincinnati Insurance Co<br>P.O. Box 145620<br>Cincinnati, OH 45250-5620** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Ekos Creek** | **DeAngelis Diamond Construction, LLC<br>6635 Willon Park Drive<br>Naples, FL 34109** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Winder GA SHP** | **DMK Development Group, LLC<br>9300 Shelbyville Road<br>Suite 800<br>Louisville, KY 40222** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Springs of Locust Grove** | **Elkins Construction, LLC<br>6104 S. Gazebo Park Place<br>Jacksonville, FL 32257** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Ridge Road** | **Elmington<br>103016th Avenue South<br>Suite 500<br>Nashville, TN 37212** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **North Davidson Aprtment Homes** | **Flournoy Construction Group, LLC**<br>**1100 Brookstone Centre Parkway**<br>**Columbus, GA 31904** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Hanover Edgewood** | **Hanover RS Construction, LLC**<br>**1780 S. Post Oak Lane**<br>**Houston, TX 77056** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Hanover Preston Hollow** | **Hanover RS Construction, LLC**<br>**1780 S. Post Oak Lane**<br>**Houston, TX 77056** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Riverwalk** | **Hanover RS Construction, LLC**<br>**1780 S. Post Oak Lane**<br>**Houston, TX 77056** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **South End** | **Hanover RS Construction, LLC**<br>**1780 S. Post Oak Lane**<br>**Houston, TX 77056** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| No. | | | Other party |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Arden at Mallard Creek** | |
| | State the term remaining | | **Haskins Buildiners, Inc.**<br>**1300 Baxter Street**<br>**Suite 114**<br>**Charlotte, NC 28204** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Tropical World** | |
| | State the term remaining | | **Hedrick Brother Construction Co., Inc.**<br>**2200 Centrepark West Drive**<br>**Suite 100**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Kairoi** | |
| | State the term remaining | | **Hinton Construction Company, Inc.**<br>**110 Dalton Street**<br>**Shreveport, LA 71106** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Metro Center** | |
| | State the term remaining | | **Hinton Construction Company, Inc.**<br>**110 Dalton Street**<br>**Shreveport, LA 71106** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Cime Insurance** | |
| | State the term remaining | | **Hiscox**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Ocean One** | |
| State the term remaining | | **Kast Construction Company Florida, LLC**<br>**701 Northpoint Parkway**<br>**Suite 400**<br>**West Palm Beach, FL 33407** |
| List the contract number of any government contract | | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **Hill View Heights** | |
| State the term remaining | | **Kittle Property Group, Inc.**<br>**310 E. 96th Street**<br>**Suite 400**<br>**Indianapolis, IN 46240** |
| List the contract number of any government contract | | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **The Tailor Apartments** | |
| State the term remaining | | **Kittle Property Group, Inc.**<br>**310 E. 96th Street**<br>**Suite 400**<br>**Indianapolis, IN 46240** |
| List the contract number of any government contract | | |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **Whispering Pointe** | |
| State the term remaining | | **Kittle Property Group, Inc.**<br>**310 E. 96th Street**<br>**Suite 400**<br>**Indianapolis, IN 46240** |
| List the contract number of any government contract | | |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **18 Candler Street, 19 Candler Street, 60 North Jackson Street, 62 North Jackson Street, 71 North Broad Street** | |
| State the term remaining | | **LAB PI Group, LLC**<br>**62 North Jackson Street**<br>**Winder, GA 30680** |
| List the contract number of any government contract | | |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **The Mark at Tallahassee** | |
| | State the term remaining | | **Landmark Urban Construction Gainesville**<br>**315 Oconee Street**<br>**Athens, GA 30601** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Liability/Pullution Liability** | |
| | State the term remaining | | **Lloyds of London**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Servin IMC3000-SS** | |
| | State the term remaining | | **Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **1 Ricoh IM C3010** | |
| | State the term remaining | | **Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Scaleybark Apartments** | |
| | State the term remaining | | **NWR Construction, LLC**<br>**558 E. Brooklyn Village Ave.**<br>**Suite 120**<br>**Charlotte, NC 28202** |
| | List the contract number of any government contract | | |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Umbrella** | **RSUI Indemnity Company**<br>**450 Skokie Blvd**<br>**Suite 1000**<br>**Northbrook, IL 60062-7917** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **EPLI/D&O Coverage** | **Scottsdale Indemnity Company**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Motego Square** | **Seawood Builders II, LLC**<br>**1324 W. Newport Center Drive**<br>**Deerfield Beach, FL 30680** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Palms Landing** | **Seawood Builders II, LLC**<br>**1324 W. Newport Center Drive**<br>**Deerfield Beach, FL 30680** |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Insurnace Broker** | **Snellings Walter**<br>**P.O. Box 745107**<br>**Atlanta, GA 30374-5107** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **South Congress** | **Summit Design + Build, LLC**<br>**1036 W. Fulton Market**<br>**Suite 500**<br>**Chicago, IL 60607** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **South Congress MSA** | **Summit Design + Build, LLC**<br>**1036 W. Fulton Market**<br>**Suite 500**<br>**Chicago, IL 60607** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Opened** | **T-Mobile**<br>**P.O. Box 742596**<br>**Cincinnati, OH 45274-2596** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employee Insurance Benefits** | **The Lincoln National Life Insurance Com.**<br>**P.O. Box 0821**<br>**Carol Stream, IL 60132-0821** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Benefits Broker** | **USI Insurance Services**<br>**1 Concourse Pkwy NE**<br>**Ste 700**<br>**Atlanta, GA 30328** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.50. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Big Cat Appartments** | **Walker & Company, Inc.<br>931 N. Pennsylvania Avenue<br>Winter Park, FL 32789** |
| 2.51. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Kelson (Greeneway II) Apartments** | **Walker & Company, Inc.<br>931 N. Pennsylvania Avenue<br>Winter Park, FL 32789** |
| 2.52. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lumber yard** | **Walker & Company, Inc.<br>931 N. Pennsylvania Avenue<br>Winter Park, FL 32789** |
| 2.53. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Epoch Storey Park** | **Walker & Company, Inc.<br>931 N. Pennsylvania Avenue<br>Winter Park, FL 32789** |
| 2.54. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Savin IMC30000-SS** | **Wells Fargo Vendor Fin. Services<br>PO Box 105743<br>Atlanta, GA 30348** |

Debtor 1 **Vankirk Electric, Inc.** Case number (*if known*) **25-30511**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Savin IMC2500-SS** | |
| | State the term remaining | | **Wells Fargo Vendor Fin. Services**<br>**PO Box 105743**<br>**Atlanta, GA 30348** |
| | List the contract number of any government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Employee HSA Provider** | |
| | State the term remaining | | **WEX Health, Inc.**<br>**700 26th Ave East**<br>**West Fargo, ND 58078** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **D.S. Depoe, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **D.S. Depoe, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.3 | **D.S. Depoe, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.4 | **D.S. Depoe, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.5 | **D.S. Depoe, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.7 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.8 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.9 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.10 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.11 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.12 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.13 | **DS Capital, LLC** | **62 North Jackson Street<br>Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **DS Capital, LLC** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.15 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.16 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.17 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.18 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.19 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.20 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.21 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.23 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.24 | **HR Vankirk Electric, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.25 | **Karen Vankirk** | **2381 Elder Mill Road Watkinsville, GA 30677** | **Norcross Electric** | ☐ D<br>■ E/F **3.94**<br>☐ G |
| 2.26 | **KB Consulting, LLC** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.27 | **LAB PI Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.28 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.29 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Alpha Equity Fund LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Austin Business Finance, LLC** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.31 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Cedar Advance, LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.32 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **CFG Merchant Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.33 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.34 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Fifth Third Bank, NA** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.35 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Fifth Third Bank, NA** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.36 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Fifth Third Bank, NA** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.37 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Forever Funding LLC** | ■ D **2.14**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.39 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.40 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.41 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.42 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.43 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.44 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Palmetto Capital Ventures, LLC** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.45 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Propel Advance** | ■ D **2.22**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Reliance Financial FL, LLC** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.47 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.48 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.49 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Truist Loan Services** | ■ D **2.26**<br>☐ E/F<br>☐ G |
| 2.50 | **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Norcross Electric** | ☐ D<br>■ E/F **3.94**<br>☐ G |
| 2.51 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.52 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Cedar Advance, LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.53 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.55 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.56 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.57 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Propel Advance** | ■ D **2.22**<br>☐ E/F<br>☐ G |
| 2.58 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Reliance Financial FL, LLC** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.59 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.60 | **LWVK Management Company, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.61 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.62 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Alpha Equity Fund LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.63 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Cedar Advance, LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.64 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **CFG Merchant Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.65 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.66 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Fifth Third Bank, NA** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.67 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Fifth Third Bank, NA** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.68 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Fifth Third Bank, NA** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.69 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.70 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.71 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.72 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Propel Advance** | ■ D **2.22**<br>☐ E/F<br>☐ G |
| 2.73 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Reliance Financial FL, LLC** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.74 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.75 | **Mon Arc Group, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.76 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.77 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.78 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.79 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.80 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.81 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.82 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.83 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Reliance Financial FL, LLC** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.84 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.85 | **Mon Arc Group, Inc. (CA)** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.86 | **Monarc Tree Systems, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Cedar Advance, LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.87 | **Monarc Tree Systems, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Propel Advance** | ■ D **2.22**<br>☐ E/F<br>☐ G |
| 2.88 | **North Broad Street Investments, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.89 | **North Broad Street Investments, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.90 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.91 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.92 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.93 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.94 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.95 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.96 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.97 | **The Arc Group of Walton, LLC** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.98 | **Vankirk & Associates, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.99 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.100 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Alpha Equity Fund LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.101 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Cedar Advance, LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.102 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.103 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.104 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.105 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.106 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.107 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Propel Advance** | ■ D **2.22**<br>☐ E/F<br>☐ G |
| 2.108 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Reliance Financial FL, LLC** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.109 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.110 | **Vankirk Companies, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.111 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.112 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **CFG Merchant Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.113 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.114 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Forever Funding LLC** | ■ D **2.14**<br>☐ E/F<br>☐ G |
| 2.115 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.116 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.117 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.118 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.119 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.120 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.121 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.122 | **Vankirk Electric of Arkansas, LLC** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.123 | **Vankirk Electric of Tennessee, LLC** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.124 | **Vankirk Residential Electrical, Inc.** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.125 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Affinity Capital Group** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.126 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.127 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Fox Funding Group, LLC** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.128 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Funderzgroup LLC dba Mr Advance** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.129 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Gelt Capital USA, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.130 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Kash Advance, LLC** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.131 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Merk Funding, Inc** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.132 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **MNY Capital** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.133 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Rocket Capital NY LLC** | ■ D **2.24**<br>☐ E/F<br>☐ G |

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.134 | **Vantton Group, LLC** | **62 North Jackson Street Winder, GA 30680** | **Secure Capital, LLC** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.135 | **Wesscot Gregory, An Electrical Firm, Inc** | **62 North Jackson Street Winder, GA 30680** | **Dynasty Capital 26 LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Vankirk Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **25-30511**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$40,528,785.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$90,634,139.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$109,178,450.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **LAB PI Group, LLC**<br>**62 North Jackson Street**<br>**Winder, GA 30680**<br>**Affiliate** | **Various - See attachment** | **$1,275,425.00** | **See attachment** |
| 4.2. **Tagus Collective, LLC**<br>**62 North Jackson Street**<br>**Winder, GA 30680**<br>**Affiliate** | **Various - See attachment** | **$320,000.00** | **See attachment** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stone & Baxter, LLP**<br>**577 Third Street**<br>**Macon, GA 31201** | **Initial payment of $7,500 paid on April 11, 2025; bankruptcy retainer and filing fee for both debtor and joint debtor, totaling $73,476, on September 11, 2025. $55,687 remains in trust for both debtor and affiliate debtor as of the Petition Date.** | **April 11, 2025; September 11, 2025** | **$80,976.00** |

**Email or website address**

**Who made the payment, if not debtor?**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **GGG Partners**<br>**2870 Peachtree Road**<br>**Suite 502**<br>**Atlanta, GA 30305** | **Retainer of $20,000 paid on or about September 18, 2025** | **September 18, 2025** | **$20,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Various** | **Various** | **Debtor has various supplies and inventory stored in third-party storage units across the country. A list of all locations used is attached.** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | **Various** | **Portions of Debtor's supplies and inventory are to be used on pending projects.** | **Unknown** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | **Vankirk Electric of Arkansas, LLC<br>62 North Jackson Street<br>Winder, GA 30680** | **License Holder for Debtor in Arkansas** | **EIN:**<br>**From-To 2012-Current** |
| 25.2. | **Vankirk Electric of TN, LLC<br>62 North Jackson Street<br>Winder, GA 30680** | **License Holder for Debtor in Tennessee** | **EIN:**<br>**From-To 2017-Current** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
| --- | --- | --- |
| 25.3. **Golden Valley Electrical & Controls Co.<br>62 North Jackson Street<br>Winder, GA 30680** | **License Holder for Debtor in Colorado** | **EIN:**<br>**From-To** **2012-Current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Marshall Jones<br>3000 Mill Creek Avenue<br>Suite 340<br>Alpharetta, GA 30022** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1. **Marshall Jones<br>3000 Mill Creek Avenue<br>Suite 340<br>Alpharetta, GA 30022** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Marshall Jones<br>3000 Mill Creek Avenue<br>Suite 340<br>Alpharetta, GA 30022** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Various Secured Creditors** |
| 26d.2. **Various Customers and Clients** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Loren Wesley Vankirk** | **2831 Elder Mill Road Watkinsville, GA 30677** | **Member and CEO** | **100** |
| **Karen Vankirk** | **2381 Elder Mill Road Watkinsville, GA 30677** | **CFO** | **0** |
| **Paul Sanchez** | **62 N Jackson Street Winder, GA 30680** | **Controller** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Loren Wesley Vankirk 2381 Elder Mill Road Watkinsville, GA 30677**<br>Relationship to debtor: **Owner** | **$426,250.00** | **Various** | **Wages** |
| 30.2. | **Paul Sanchez 62 N Jackson Street Winder, GA 30680**<br>Relationship to debtor: **Controller** | **$220,000.00** | **Various** | **Wages** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Vankirk Electric, Inc.** Case number *(if known)* **25-30511**

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2025**

| | |
|---|---|
| **/s/ Loren Wesley Vankirk** | **Loren Wesley Vankirk** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

90 Day Payment List

| Date | Vendor Name | Payment Amount |
|---|---|---|
| 06/20/25 | ADP | $4,228.37 |
| 06/26/25 | ADP | $1,034.31 |
| 06/26/25 | ADP | $127,814.32 |
| 07/11/25 | ADP | $1,182.00 |
| 07/11/25 | ADP | $127,455.58 |
| 07/18/25 | ADP | $3,636.26 |
| 07/24/25 | ADP | $660.00 |
| 07/24/25 | ADP | $125,337.49 |
| 08/08/25 | ADP | $660.00 |
| 08/08/25 | ADP | $123,828.32 |
| 08/15/25 | ADP | $3,527.22 |
| 08/21/25 | ADP | $660.00 |
| 08/21/25 | ADP | $123,769.79 |
| 06/25/25 | WEX | $209.50 |
| 06/27/25 | WEX | $3,200.21 |
| 06/30/25 | WEX | $211.00 |
| 07/11/25 | WEX | $3,200.21 |
| 07/24/25 | WEX | $3,034.83 |
| 07/31/25 | WEX | $208.00 |
| 08/08/25 | WEX | $3,024.83 |
| 08/21/25 | WEX | $3,256.37 |
| 06/20/25 | American Express | $12,492.50 |
| 06/26/25 | American Express | $26.89 |
| 06/28/25 | American Express | $58,359.58 |
| 07/11/25 | American Express | $3,484.40 |
| 07/18/25 | American Express | $11,703.62 |
| 07/28/25 | American Express | $350.00 |
| 07/31/25 | American Express | $1,193.57 |
| 08/11/25 | American Express | $5,556.87 |
| 08/19/25 | American Express | $29,238.62 |
| 06/26/25 | Chase Card Services | $6,463.41 |
| 06/27/25 | Chase Card Services | $1,727.84 |
| 07/02/25 | Chase Card Services | $931.57 |
| 07/07/25 | Chase Card Services | $29.95 |
| 07/07/25 | Chase Card Services | $1,845.25 |
| 07/16/25 | Chase Card Services | $1,619.99 |
| 07/16/25 | Chase Card Services | $9,091.83 |
| 07/25/25 | Chase Card Services | $1,592.14 |
| 07/31/25 | Chase Card Services | $11,029.21 |
| 08/04/25 | Chase Card Services | $595.30 |
| 08/05/25 | Chase Card Services | $1,845.25 |
| 08/27/25 | Chase Card Services | $3,524.81 |

| | | |
|---|---|---|
| 09/04/25 | Chase Card Services | $1,845.25 |
| 06/27/25 | DAM Contractor, LLC | $795.00 |
| 07/03/25 | DAM Contractor, LLC | $795.00 |
| 07/11/25 | DAM Contractor, LLC | $795.00 |
| 07/21/25 | DAM Contractor, LLC | $1,590.00 |
| 07/31/25 | DAM Contractor, LLC | $795.00 |
| 08/08/25 | DAM Contractor, LLC | $585.00 |
| 08/15/25 | DAM Contractor, LLC | $585.00 |
| 08/19/25 | DAM Contractor, LLC | $585.00 |
| 08/22/25 | DAM Contractor, LLC | $420.00 |
| 08/29/25 | DAM Contractor, LLC | $795.00 |
| 09/05/25 | DAM Contractor, LLC | $795.00 |
| 09/12/25 | DAM Contractor, LLC | $795.00 |
| 07/17/25 | Georgia Power | $8,038.26 |
| 08/15/25 | Georgia Power | $9,013.40 |
| 08/26/25 | Georgia Power | $95.84 |
| 08/27/25 | Georgia Power | $1,262.60 |
| 06/20/25 | 4K & J Construction LLC | $2,561.81 |
| 07/03/25 | 4K & J Construction LLC | $2,561.81 |
| 07/18/25 | 4K & J Construction LLC | $4,977.23 |
| 08/01/25 | 4K & J Construction LLC | $4,530.54 |
| 08/15/25 | 4K & J Construction LLC | $3,078.81 |
| 08/29/25 | 4K & J Construction LLC | $20,177.03 |
| 09/12/25 | 4K & J Construction LLC | $3,059.98 |
| 06/20/25 | Amper Services Inc | $42,494.89 |
| 07/03/25 | Amper Services Inc | $52,220.69 |
| 07/18/25 | Amper Services Inc | $87,343.60 |
| 08/01/25 | Amper Services Inc | $74,953.17 |
| 08/15/25 | Amper Services Inc | $57,968.69 |
| 08/29/25 | Amper Services Inc | $74,423.77 |
| 09/12/25 | Amper Services Inc | $58,263.77 |
| 07/11/25 | Anixter Inc. | $151,747.78 |
| 07/25/25 | Armstrong Relocation, Florida | $7,203.51 |
| 08/22/25 | Armstrong Relocation, Florida | $3,458.50 |
| 08/22/25 | Armstrong Relocation - Memphis | $720.00 |
| 08/22/25 | Armstrong Relocation | $403.00 |
| 07/25/25 | Armstrong Relocation | $4,412.00 |
| 08/22/25 | Armstrong Relocation Company | $2,935.00 |
| 07/14/25 | Armstrong Relocation | $1,300.00 |
| 06/27/25 | Ascensus Trust | $16,603.61 |
| 07/11/25 | Ascensus Trust | $16,831.85 |
| 07/24/25 | Ascensus Trust | $17,214.42 |
| 08/08/25 | Ascensus Trust | $17,237.39 |
| 08/21/25 | Ascensus Trust | $17,440.40 |

| | | |
|---|---|---|
| 07/17/25 | Atlanta Electrical Distributor | $100,029.68 |
| 07/22/25 | Atlanta Electrical Distributor | $180,000.00 |
| 07/22/25 | Atlanta Electrical Distributor | $320,000.00 |
| 08/01/25 | Atlanta Electrical Distributor | $400,000.00 |
| 09/05/25 | Atlanta Electrical Distributor | $250,000.00 |
| 07/22/25 | AT&T | $10,292.00 |
| 08/25/25 | AT&T | $10,350.87 |
| 06/16/25 | Backd | $29,538.46 |
| 06/17/25 | Backd | $12,043.27 |
| 06/17/25 | Backd | $36,057.69 |
| 06/23/25 | Backd | $29,538.46 |
| 06/24/25 | Backd | $12,043.27 |
| 06/24/25 | Backd | $36,057.69 |
| 06/27/25 | Backd | $29,538.46 |
| 07/01/25 | Backd | $12,043.27 |
| 07/01/25 | Backd | $36,057.69 |
| 07/07/25 | Backd | $12,043.27 |
| 07/07/25 | Backd | $29,538.46 |
| 07/07/25 | Backd | $36,057.69 |
| 07/11/25 | Backd | $29,538.46 |
| 07/15/25 | Backd | $12,043.27 |
| 07/15/25 | Backd | $36,057.69 |
| 07/18/25 | Backd | $29,538.46 |
| 07/21/25 | Backd | $12,043.27 |
| 07/21/25 | Backd | $36,057.69 |
| 07/28/25 | Backd | $29,538.46 |
| 07/31/25 | Backd | $12,043.27 |
| 07/31/25 | Backd | $36,057.69 |
| 08/01/25 | Backd | $29,538.46 |
| 08/04/25 | Backd | $12,043.27 |
| 08/04/25 | Backd | $36,057.69 |
| 08/08/25 | Backd | $29,538.46 |
| 08/12/25 | Backd | $12,043.27 |
| 08/12/25 | Backd | $36,057.69 |
| 08/15/25 | Backd | $29,538.46 |
| 08/19/25 | Backd | $12,043.27 |
| 08/19/25 | Backd | $36,057.69 |
| 08/25/25 | Backd | $29,538.54 |
| 08/26/25 | Backd | $12,043.27 |
| 08/26/25 | Backd | $36,057.69 |
| 09/04/25 | Backd | $12,043.27 |
| 09/04/25 | Backd | $36,057.69 |
| 06/19/25 | Blueprint Construction Counsel | $7,556.85 |
| 08/29/25 | Blueprint Construction Counsel | $2,838.15 |

| | | |
|---|---|---|
| 07/07/25 | Blue Grace Logistics | $22,301.92 |
| 08/22/25 | Blue Grace Logistics | $11,539.02 |
| 07/29/25 | BOS Staffing | $20,900.00 |
| 06/30/25 | Brex Cardholder Transactions | $5,980.66 |
| 06/30/25 | Brex Cardholder Transactions | $187,022.26 |
| 07/31/25 | Brex Cardholder Transactions | $170,491.25 |
| 08/31/25 | Brex Cardholder Transactions | $156,890.26 |
| 06/25/25 | American Express Credit Card | $8,333.00 |
| 07/25/25 | American Express Credit Card | $8,333.00 |
| 08/20/25 | American Express Credit Card | $8,333.00 |
| 07/07/25 | Caine & Wiener Company | $250,000.00 |
| 06/16/25 | Fifth Third Bank P Card | $702,676.67 |
| 06/27/25 | Fifth Third Bank P Card | $600,000.00 |
| 07/02/25 | Fifth Third Bank P Card | $750,000.00 |
| 07/03/25 | Fifth Third Bank P Card | $400,000.00 |
| 07/07/25 | Fifth Third Bank P Card | $100,000.00 |
| 07/10/25 | Fifth Third Bank P Card | $300,000.00 |
| 07/10/25 | Fifth Third Bank P Card | $760,000.00 |
| 07/14/25 | Fifth Third Bank P Card | $300,000.00 |
| 07/17/25 | Fifth Third Bank P Card | $300,000.00 |
| 07/21/25 | Fifth Third Bank P Card | $177,169.35 |
| 07/22/25 | Fifth Third Bank P Card | $300,000.00 |
| 07/31/25 | Fifth Third Bank P Card | $700,000.00 |
| 08/04/25 | Fifth Third Bank P Card | $600,000.00 |
| 08/05/25 | Fifth Third Bank P Card | $575,000.00 |
| 08/14/25 | Fifth Third Bank P Card | $650,000.00 |
| 08/20/25 | Fifth Third Bank P Card | $100,000.00 |
| 08/22/25 | Fifth Third Bank P Card | $423,000.00 |
| 08/25/25 | Fifth Third Bank P Card | $293,761.99 |
| 09/10/25 | Fifth Third Bank P Card | $800,000.00 |
| 09/12/25 | Fifth Third Bank P Card | $50,000.00 |
| 07/02/25 | Chase Card Services | $34,757.97 |
| 08/06/25 | Chase Card Services | $46,210.37 |
| 09/04/25 | Chase Card Services | $40,837.63 |
| 09/12/25 | Chase Card Services | $26,497.91 |
| 06/24/25 | Chase Card Services | $11,752.04 |
| 08/20/25 | Chase Card Services | $21,945.65 |
| 09/12/25 | Chase Card Services | $15,750.76 |
| 06/16/25 | Brex | $100,000.00 |
| 06/18/25 | Brex | $250,000.00 |
| 06/23/25 | Brex | $306,233.23 |
| 07/10/25 | Brex | $50,000.00 |
| 07/17/25 | Brex | $150,000.00 |
| 07/18/25 | Brex | $50,000.00 |

| | | |
|---|---|---|
| 07/21/25 | Brex | $190,000.00 |
| 07/22/25 | Brex | $257,000.00 |
| 07/25/25 | Brex | $56,879.34 |
| 08/04/25 | Brex | $50,000.00 |
| 08/13/25 | Brex | $25,000.00 |
| 08/18/25 | Brex | $50,000.00 |
| 08/26/25 | Brex | $50,000.00 |
| 08/31/25 | Brex | $621,548.99 |
| 09/05/25 | Brex | $50,000.00 |
| 09/11/25 | Brex | $50,000.00 |
| 07/13/25 | Chase Card Services | $38,268.39 |
| 08/11/25 | Chase Card Services | $3,700.00 |
| 09/08/25 | Chase Card Services | $55,351.52 |
| 07/07/25 | Capital One Venture X Business | $139,767.58 |
| 09/07/25 | Capital One Venture X Business | $200,716.28 |
| 06/27/25 | CDW Direct | $45,686.16 |
| 06/19/25 | Cedar Advance | $6,944.44 |
| 06/26/25 | Cedar Advance | $6,944.44 |
| 07/03/25 | Cedar Advance | $6,944.44 |
| 07/10/25 | Cedar Advance | $6,944.44 |
| 07/17/25 | Cedar Advance | $6,944.44 |
| 07/24/25 | Cedar Advance | $6,944.44 |
| 06/27/25 | Charter Jet Transport | $14,117.01 |
| 07/07/25 | Charter Jet Transport | $139,327.99 |
| 06/20/25 | Cigna Healthcare | $75,457.64 |
| 07/11/25 | Cigna Healthcare | $5,305.61 |
| 07/22/25 | Cigna Healthcare | $68,339.42 |
| 08/12/25 | Cigna Healthcare | $4,796.25 |
| 08/20/25 | Cigna Healthcare | $62,828.68 |
| 07/22/25 | Cincinnati Insurance Company | $5,829.20 |
| 09/02/25 | Cincinnati Insurance Company | $4,705.00 |
| 07/07/25 | City Electric Supply | $261,586.57 |
| 08/05/25 | City Electric Supply | $119,285.96 |
| 07/10/25 | Concrete Core Drilling & Sawin | $31,900.00 |
| 06/20/25 | Concepcion Electric Corporatio | $23,655.41 |
| 06/23/25 | Concepcion Electric Corporatio | $118,330.51 |
| 07/03/25 | Concepcion Electric Corporatio | $142,184.89 |
| 07/07/25 | Concepcion Electric Corporatio | $13,144.18 |
| 07/18/25 | Concepcion Electric Corporatio | $128,658.11 |
| 08/01/25 | Concepcion Electric Corporatio | $12,400.31 |
| 08/01/25 | Concepcion Electric Corporatio | $140,802.43 |
| 08/15/25 | Concepcion Electric Corporatio | $143,691.43 |
| 08/29/25 | Concepcion Electric Corporatio | $106,133.45 |
| 09/12/25 | Concepcion Electric Corporatio | $72,971.26 |

| | | |
|---|---|---|
| 06/20/25 | Contreras Contracting Serv LLC | $17,488.63 |
| 07/03/25 | Contreras Contracting Serv LLC | $25,795.79 |
| 07/18/25 | Contreras Contracting Serv LLC | $18,736.66 |
| 08/01/25 | Contreras Contracting Serv LLC | $26,820.47 |
| 08/15/25 | Contreras Contracting Serv LLC | $29,886.29 |
| 08/29/25 | Contreras Contracting Serv LLC | $56,846.81 |
| 09/12/25 | Contreras Contracting Serv LLC | $13,274.86 |
| 06/30/25 | Contractor License Services | $5,000.00 |
| 07/29/25 | Contractor License Services | $4,000.00 |
| 09/02/25 | Contractor License Services | $5,000.00 |
| 06/20/25 | Copperhead ELC Inc | $15,415.45 |
| 07/03/25 | Copperhead ELC Inc | $21,026.98 |
| 07/18/25 | Copperhead ELC Inc | $20,827.41 |
| 08/01/25 | Copperhead ELC Inc | $20,281.46 |
| 08/15/25 | Copperhead ELC Inc | $14,477.62 |
| 08/19/25 | Copperhead ELC Inc | $7,472.33 |
| 08/29/25 | Copperhead ELC Inc | $30,997.83 |
| 09/12/25 | Copperhead ELC Inc | $29,549.52 |
| 09/01/25 | Crawford & Bangs LLP | $60,000.00 |
| 07/01/25 | Dialpad, Inc. | $3,700.00 |
| 07/30/25 | Dialpad, Inc. | $7,685.88 |
| 08/25/25 | Dialpad, Inc. | $3,773.20 |
| 06/16/25 | Diverse Capital | $31,718.75 |
| 06/23/25 | Diverse Capital | $31,718.75 |
| 06/30/25 | Diverse Capital | $31,718.75 |
| 07/07/25 | Diverse Capital | $31,718.75 |
| 06/20/25 | Double J Electric LLC | $19,500.79 |
| 07/03/25 | Double J Electric LLC | $28,741.65 |
| 07/18/25 | Double J Electric LLC | $14,346.30 |
| 08/06/25 | Double J Electric LLC | $12,188.35 |
| 08/15/25 | Double J Electric LLC | $7,430.91 |
| 08/29/25 | Double J Electric LLC | $3,700.23 |
| 09/12/25 | Double J Electric LLC | $33,748.87 |
| 08/15/25 | Duarte Electric LLC | $10,316.81 |
| 08/29/25 | Duarte Electric LLC | $9,576.46 |
| 07/25/25 | Ean Services, LLC | $13,473.45 |
| 07/18/25 | Emalfarb Law | $11,504.74 |
| 09/12/25 | Energy Systems Southeast LLC | $28,275.54 |
| 06/18/25 | EquipmentShare | $2,641.47 |
| 07/01/25 | EquipmentShare | $66.04 |
| 08/12/25 | EquipmentShare | $33,882.99 |
| 08/28/25 | EquipmentShare | $847.07 |
| 09/12/25 | EquipmentShare | $2,299.31 |
| 09/12/25 | EquipmentShare | $28,601.07 |

| | | |
|---|---|---|
| 06/17/25 | Fedex | $5,775.14 |
| 06/24/25 | Fedex | $2,941.15 |
| 06/30/25 | Fedex | $425.53 |
| 07/01/25 | Fedex | $2,051.02 |
| 07/02/25 | Fedex | $124.07 |
| 07/08/25 | Fedex | $1,246.28 |
| 07/15/25 | Fedex | $1,125.95 |
| 07/22/25 | Fedex | $1,242.74 |
| 07/23/25 | Fedex | $125.32 |
| 07/23/25 | Fedex | $1,663.09 |
| 07/29/25 | Fedex | $1,498.39 |
| 08/05/25 | Fedex | $1,788.54 |
| 08/06/25 | Fedex | $126.08 |
| 08/12/25 | Fedex | $896.62 |
| 08/19/25 | Fedex | $1,351.57 |
| 08/26/25 | Fedex | $889.50 |
| 08/29/25 | Fedex | $171.86 |
| 07/01/25 | First Insurance Funding | $10,643.89 |
| 08/01/25 | First Insurance Funding | $10,643.89 |
| 09/02/25 | First Insurance Funding | $10,643.89 |
| 06/23/25 | Ford Credit | $1,024.22 |
| 06/23/25 | Ford Credit | $1,376.20 |
| 07/03/25 | Ford Credit | $868.78 |
| 07/03/25 | Ford Credit | $868.78 |
| 07/23/25 | Ford Credit | $1,024.22 |
| 07/23/25 | Ford Credit | $1,376.20 |
| 08/04/25 | Ford Credit | $868.78 |
| 08/04/25 | Ford Credit | $868.78 |
| 08/25/25 | Ford Credit | $1,024.22 |
| 09/03/25 | Ford Credit | $868.78 |
| 09/03/25 | Ford Credit | $868.78 |
| 08/29/25 | Fox Funding | $26,232.50 |
| 09/05/25 | Fox Funding | $26,232.50 |
| 07/15/25 | Gelt Capital | $45,313.00 |
| 07/22/25 | Gelt Capital | $45,313.00 |
| 07/30/25 | Gelt Capital | $45,313.00 |
| 06/20/25 | Ground Up Electrical LLC | $1,134.89 |
| 07/18/25 | Ground Up Electrical LLC | $816.41 |
| 08/01/25 | Ground Up Electrical LLC | $1,215.54 |
| 08/29/25 | Ground Up Electrical LLC | $12,728.09 |
| 09/12/25 | Ground Up Electrical LLC | $1,989.82 |
| 06/20/25 | Innovation Power Services Inc | $12,383.63 |
| 06/23/25 | Innovation Power Services Inc | $20,661.02 |
| 07/03/25 | Innovation Power Services Inc | $38,558.44 |

| | | |
|---|---|---|
| 07/18/25 | Innovation Power Services Inc | $28,573.11 |
| 08/01/25 | Innovation Power Services Inc | $40,251.11 |
| 08/15/25 | Innovation Power Services Inc | $75,506.37 |
| 08/29/25 | Innovation Power Services Inc | $63,201.77 |
| 09/12/25 | Innovation Power Services Inc | $80,511.78 |
| 07/10/25 | Insightsoftware, LLC | $12,199.00 |
| 09/02/25 | Insightsoftware, LLC | $1,076.45 |
| 06/19/25 | Ionas Bim Works, LLC | $15,723.00 |
| 06/27/25 | JEM Security | $23,764.13 |
| 07/25/25 | JEM Security | $73,543.40 |
| 08/29/25 | JEM Security | $129,828.83 |
| 06/20/25 | J G MEL Services Inc | $17,786.42 |
| 07/03/25 | J G MEL Services Inc | $13,693.85 |
| 07/18/25 | J G MEL Services Inc | $12,901.81 |
| 08/04/25 | J G MEL Services Inc | $11,519.34 |
| 08/15/25 | J G MEL Services Inc | $13,047.59 |
| 08/29/25 | J G MEL Services Inc | $6,816.71 |
| 09/12/25 | J G MEL Services Inc | $3,249.31 |
| 06/24/25 | Jiangsu Barep Smart Technology | $100.00 |
| 06/26/25 | Jiangsu Barep Smart Technology | $12,416.00 |
| 07/22/25 | Jiangsu Barep Smart Technology | $29,204.00 |
| 06/20/25 | JN Wire Electric LLC | $43,007.75 |
| 07/03/25 | JN Wire Electric LLC | $48,930.50 |
| 07/18/25 | JN Wire Electric LLC | $32,778.38 |
| 08/01/25 | JN Wire Electric LLC | $20,263.89 |
| 08/15/25 | JN Wire Electric LLC | $822.62 |
| 06/20/25 | Jose Gaspar Electric | $13,888.24 |
| 07/03/25 | Jose Gaspar Electric | $20,013.66 |
| 07/18/25 | Jose Gaspar Electric | $12,385.83 |
| 08/01/25 | Jose Gaspar Electric | $14,226.35 |
| 08/15/25 | Jose Gaspar Electric | $9,794.63 |
| 08/29/25 | Jose Gaspar Electric | $22,033.05 |
| 09/12/25 | Jose Gaspar Electric | $9,503.57 |
| 06/20/25 | Jose Sanchez Electric LLC | $28,075.75 |
| 07/03/25 | Jose Sanchez Electric LLC | $21,343.38 |
| 07/18/25 | Jose Sanchez Electric LLC | $14,758.87 |
| 08/01/25 | Jose Sanchez Electric LLC | $21,546.05 |
| 08/15/25 | Jose Sanchez Electric LLC | $15,755.65 |
| 09/12/25 | Jose Sanchez Electric LLC | $2,627.80 |
| 08/29/25 | Kash | $0.50 |
| 08/29/25 | Kash | $26,232.50 |
| 09/05/25 | Kash | $0.50 |
| 09/05/25 | Kash | $26,232.50 |
| 06/19/25 | KCH Transportation | $7,800.32 |

| | | |
|---|---|---|
| 06/25/25 | KCH Transportation | $3,015.00 |
| 07/11/25 | KCH Transportation | $12,941.18 |
| 08/11/25 | KCH Transportation | $7,018.25 |
| 09/09/25 | KCH Transportation | $10,015.00 |
| 06/27/25 | Lab PI Group, LLC | $92,650.00 |
| 07/30/25 | Lab PI Group, LLC | $72,650.00 |
| 09/04/25 | Lab PI Group, LLC | $60,150.00 |
| 06/20/25 | LALH Electric LLC | $690.27 |
| 07/03/25 | LALH Electric LLC | $3,078.81 |
| 07/18/25 | LALH Electric LLC | $597.21 |
| 08/01/25 | LALH Electric LLC | $2,944.39 |
| 08/15/25 | LALH Electric LLC | $4,144.85 |
| 08/29/25 | LALH Electric LLC | $907.41 |
| 07/11/25 | Lebedin Kofman LLP | $14,000.00 |
| 09/05/25 | Lebedin Kofman LLP | $12,000.00 |
| 06/16/25 | Lendspark | $38,153.85 |
| 06/23/25 | Lendspark | $38,153.85 |
| 06/27/25 | Lendspark | $38,153.85 |
| 07/07/25 | Lendspark | $38,153.85 |
| 07/11/25 | Lendspark | $38,153.85 |
| 07/18/25 | Lendspark | $38,153.85 |
| 07/28/25 | Lendspark | $38,153.85 |
| 08/01/25 | Lendspark | $38,153.85 |
| 08/08/25 | Lendspark | $38,153.85 |
| 08/15/25 | Lendspark | $38,153.85 |
| 08/22/25 | Lendspark | $38,153.85 |
| 08/25/25 | Lendspark | $38,153.65 |
| 07/07/25 | Lieberman and Klestzick, LLP | $234,375.00 |
| 08/04/25 | Lieberman and Klestzick, LLP | $234,375.00 |
| 09/02/25 | Lieberman and Klestzick, LLP | $234,375.00 |
| 08/05/25 | Lights Fantastic | $168,627.56 |
| 07/01/25 | Littman Bros Lighting | $126,522.94 |
| 07/31/25 | Littman Bros Lighting | $135,384.52 |
| 06/18/25 | Lonestar Electric Supply | $1,675.30 |
| 06/23/25 | Lonestar Electric Supply | $2,462.85 |
| 07/11/25 | Lonestar Electric Supply | $6,648.46 |
| 07/11/25 | Lonestar Electric Supply | $19,309.50 |
| 07/11/25 | Lonestar Electric Supply | $93,054.67 |
| 07/28/25 | Lonestar Electric Supply | $5,850.91 |
| 08/26/25 | Lonestar Electric Supply | $7,600.14 |
| 08/28/25 | Lonestar Electric Supply | $1,164.26 |
| 07/02/25 | Lonestar Lighting & Technology | $6,195.04 |
| 07/09/25 | Lonestar Lighting & Technology | $59,090.17 |
| 08/08/25 | Lonestar Lighting & Technology | $225,745.42 |

| | | |
|---|---|---|
| 09/08/25 | Lonestar Lighting & Technology | $104,672.80 |
| 06/19/25 | Merk Funding | $31,718.75 |
| 06/26/25 | Merk Funding | $31,718.75 |
| 07/03/25 | Merk Funding | $31,718.75 |
| 07/09/25 | Merk Funding | $11,618.40 |
| 07/16/25 | Merk Funding | $29,046.00 |
| 07/23/25 | Merk Funding | $29,046.00 |
| 07/30/25 | Merk Funding | $29,046.00 |
| 06/20/25 | Miguel C Electric Service LLC | $15,288.50 |
| 07/03/25 | Miguel C Electric Service LLC | $11,050.95 |
| 08/29/25 | Mobile Mini | $11,467.77 |
| 07/10/25 | Mon Arc Firm | $175,000.00 |
| 08/12/25 | Mon Arc Firm | $175,000.00 |
| 09/08/25 | Mon Arc Firm | $175,000.00 |
| 07/28/25 | Mr Advance | $26,666.67 |
| 06/20/25 | New Staffing Services, Inc | $104,379.32 |
| 07/03/25 | New Staffing Services, Inc | $55,265.81 |
| 07/18/25 | New Staffing Services, Inc | $31,767.13 |
| 08/01/25 | New Staffing Services, Inc | $33,731.73 |
| 08/15/25 | New Staffing Services, Inc | $55,638.05 |
| 08/29/25 | New Staffing Services, Inc | $60,506.13 |
| 09/12/25 | New Staffing Services, Inc | $45,443.46 |
| 06/20/25 | Nixon's Electric LLC | $41,257.18 |
| 07/03/25 | Nixon's Electric LLC | $61,158.59 |
| 07/18/25 | Nixon's Electric LLC | $28,160.54 |
| 08/01/25 | Nixon's Electric LLC | $37,082.93 |
| 08/15/25 | Nixon's Electric LLC | $31,257.37 |
| 08/29/25 | Nixon's Electric LLC | $66,305.84 |
| 09/12/25 | Nixon's Electric LLC | $56,367.32 |
| 06/18/25 | Nixon Power Services,LLC | $79,767.76 |
| 06/17/25 | Norcross Electric | $100,000.00 |
| 06/24/25 | Norcross Electric | $100,000.00 |
| 06/24/25 | Norcross Electric | $140,941.62 |
| 07/15/25 | Norcross Electric | $100,000.00 |
| 07/21/25 | Norcross Electric | $100,000.00 |
| 07/24/25 | Norcross Electric | $140,941.62 |
| 07/28/25 | Norcross Electric | $100,000.00 |
| 07/31/25 | Norcross Electric | $40,129.20 |
| 08/05/25 | Norcross Electric | $117,305.88 |
| 08/12/25 | Norcross Electric | $117,305.88 |
| 06/20/25 | Nuevo JCS Services Inc | $17,587.89 |
| 07/03/25 | Nuevo JCS Services Inc | $20,866.70 |
| 07/18/25 | Nuevo JCS Services Inc | $18,130.74 |
| 08/01/25 | Nuevo JCS Services Inc | $20,514.11 |

| | | |
|---|---|---|
| 08/15/25 | Nuevo JCS Services Inc | $21,942.06 |
| 08/29/25 | Nuevo JCS Services Inc | $20,927.71 |
| 09/12/25 | Nuevo JCS Services Inc | $19,669.06 |
| 08/29/25 | Openspace | $42,837.19 |
| 07/08/25 | People Ready | $950.48 |
| 07/08/25 | People Ready | $33,945.78 |
| 06/17/25 | Piekarski Law PLLC | $51,785.00 |
| 06/25/25 | Piekarski Law PLLC | $51,785.00 |
| 07/02/25 | Piekarski Law PLLC | $51,785.00 |
| 07/09/25 | Piekarski Law PLLC | $51,785.00 |
| 07/16/25 | Piekarski Law PLLC | $51,785.00 |
| 07/23/25 | Piekarski Law PLLC | $51,785.00 |
| 07/31/25 | Piekarski Law PLLC | $51,785.00 |
| 08/08/25 | Piekarski Law PLLC | $51,785.00 |
| 08/13/25 | Piekarski Law PLLC | $51,785.00 |
| 08/27/25 | Piekarski Law PLLC | $51,785.00 |
| 09/03/25 | Piekarski Law PLLC | $51,785.00 |
| 09/11/25 | Piekarski Law PLLC | $51,785.00 |
| 06/20/25 | Powerchip Electric LLC | $11,043.87 |
| 07/03/25 | Powerchip Electric LLC | $21,692.87 |
| 07/18/25 | Powerchip Electric LLC | $25,373.91 |
| 08/01/25 | Powerchip Electric LLC | $16,760.69 |
| 08/15/25 | Powerchip Electric LLC | $29,991.76 |
| 08/29/25 | Powerchip Electric LLC | $7,449.52 |
| 09/12/25 | Powerchip Electric LLC | $44,742.71 |
| 07/21/25 | Priority Worldwide Services | $34,471.66 |
| 08/29/25 | Priority Worldwide Services | $12,003.48 |
| 06/18/25 | Propel Advance | $13,888.88 |
| 06/26/25 | Propel Advance | $13,888.88 |
| 07/10/25 | Propel Advance | $13,888.88 |
| 07/24/25 | Propel Advance | $13,888.88 |
| 08/07/25 | Propel Advance | $13,888.88 |
| 08/21/25 | Propel Advance | $13,888.88 |
| 09/04/25 | Propel Advance | $13,888.88 |
| 08/27/25 | QED | $1,210.14 |
| 08/27/25 | QED | $60,507.17 |
| 09/09/25 | QED | $192.69 |
| 06/16/25 | Regain Group | $70,559.72 |
| 06/30/25 | Regain Group | $70,559.72 |
| 07/15/25 | Regain Group | $70,559.72 |
| 07/31/25 | Regain Group | $70,559.72 |
| 08/18/25 | Regain Group | $70,559.72 |
| 08/29/25 | Regain Group | $70,559.72 |
| 09/15/25 | Regain Group | $70,559.72 |

| | | |
|---|---|---|
| 06/24/25 | Rexel | $1,330.33 |
| 07/01/25 | Rexel | $874.03 |
| 07/02/25 | Rexel | $33.88 |
| 07/02/25 | Rexel | $98.88 |
| 07/14/25 | Rexel | $67.02 |
| 07/31/25 | Rexel | $54,331.11 |
| 08/05/25 | Rexel | $5,169.89 |
| 08/06/25 | Rexel | $2,063.23 |
| 09/02/25 | Rexel | $1,006.04 |
| 09/05/25 | Rexel | $802.38 |
| 09/11/25 | Rexel | $1,163.03 |
| 08/01/25 | RJO &Associates | $24,585.00 |
| 08/04/25 | RJO &Associates | $945.00 |
| 08/06/25 | RJO &Associates | $4,640.00 |
| 08/08/25 | RJO &Associates | $8,821.00 |
| 08/28/25 | RJO &Associates | $2,305.00 |
| 08/29/25 | RJO &Associates | $4,172.00 |
| 06/20/25 | Rony Services Electrical LLC | $28,058.18 |
| 07/03/25 | Rony Services Electrical LLC | $13,898.58 |
| 07/18/25 | Rony Services Electrical LLC | $24,894.14 |
| 08/01/25 | Rony Services Electrical LLC | $25,131.96 |
| 08/15/25 | Rony Services Electrical LLC | $30,223.37 |
| 08/29/25 | Rony Services Electrical LLC | $26,887.69 |
| 09/12/25 | Rony Services Electrical LLC | $34,132.69 |
| 07/25/25 | Roswell Drywall, LLC | $10,513.61 |
| 06/20/25 | Rugar Electric LLC | $7,504.33 |
| 07/03/25 | Rugar Electric LLC | $5,709.30 |
| 07/18/25 | Rugar Electric LLC | $758.51 |
| 08/15/25 | Rugar Electric LLC | $874.32 |
| 08/29/25 | Rugar Electric LLC | $1,858.69 |
| 07/09/25 | Secure Capital | $11,618.40 |
| 07/16/25 | Secure Capital | $29,046.00 |
| 07/23/25 | Secure Capital | $29,046.00 |
| 07/30/25 | Secure Capital | $29,046.00 |
| 07/01/25 | Smartsheet | $77,859.73 |
| 07/03/25 | S & M Labor LLC | $49,732.89 |
| 07/18/25 | S & M Labor LLC | $50,293.31 |
| 08/01/25 | S & M Labor LLC | $37,578.21 |
| 08/15/25 | S & M Labor LLC | $22,931.61 |
| 08/29/25 | S & M Labor LLC | $29,342.41 |
| 09/12/25 | S & M Labor LLC | $20,270.00 |
| 07/22/25 | Snellings Walters | $21,945.65 |
| 07/22/25 | Snellings Walters | $182,970.58 |
| 06/19/25 | Southbay Distribution | $1,560.00 |

| | | |
|---|---|---|
| 08/22/25 | Southbay Distribution | $9,111.00 |
| 06/20/25 | South Pointe Staffing Inc | $56,137.74 |
| 07/03/25 | South Pointe Staffing Inc | $46,342.39 |
| 07/18/25 | South Pointe Staffing Inc | $68,298.35 |
| 08/01/25 | South Pointe Staffing Inc | $53,216.43 |
| 08/15/25 | South Pointe Staffing Inc | $19,204.03 |
| 08/29/25 | South Pointe Staffing Inc | $40,999.72 |
| 09/12/25 | South Pointe Staffing Inc | $17,701.62 |
| 09/11/25 | Stone & Baxter | $73,476.00 |
| 06/16/25 | Sunbelts Rentals | $6,144.77 |
| 06/17/25 | Sunbelts Rentals | $2,283.71 |
| 06/18/25 | Sunbelts Rentals | $3,236.47 |
| 06/19/25 | Sunbelts Rentals | $539.52 |
| 07/02/25 | Sunbelts Rentals | $2,217.73 |
| 07/02/25 | Sunbelts Rentals | $2,892.97 |
| 07/09/25 | Sunbelts Rentals | $575.10 |
| 07/11/25 | Sunbelts Rentals | $5,379.31 |
| 07/14/25 | Sunbelts Rentals | $160.45 |
| 07/17/25 | Sunbelts Rentals | $1,627.19 |
| 07/28/25 | Sunbelts Rentals | $3,942.75 |
| 07/30/25 | Sunbelts Rentals | $3,082.94 |
| 08/07/25 | Sunbelts Rentals | $231.64 |
| 08/07/25 | Sunbelts Rentals | $7,176.18 |
| 08/15/25 | Sunbelts Rentals | $28.09 |
| 08/15/25 | Sunbelts Rentals | $3,411.99 |
| 08/22/25 | Sunbelts Rentals | $2,332.73 |
| 09/02/25 | Sunbelts Rentals | $5,767.86 |
| 09/08/25 | Sunbelts Rentals | $1,255.46 |
| 09/08/25 | Sunbelts Rentals | $1,649.67 |
| 09/08/25 | Sunbelts Rentals | $1,945.69 |
| 09/10/25 | Sunbelts Rentals | $268.75 |
| 06/16/25 | Synergy Equipment | $1,538.59 |
| 08/22/25 | Synergy Equipment | $4,270.41 |
| 08/25/25 | Synergy Equipment | $116.94 |
| 08/25/25 | Synergy Equipment | $3,898.12 |
| 09/12/25 | Synergy Equipment | $4,533.41 |
| 06/18/25 | Tagus Collective, LLC | $10,000.00 |
| 07/17/25 | Tagus Collective, LLC | $20,000.00 |
| 08/19/25 | Tagus Collective, LLC | $20,000.00 |
| 07/11/25 | TriEd Distribution Inc. | $191,126.69 |
| 08/28/25 | TriEd Distribution Inc. | $407.69 |
| 08/28/25 | TriEd Distribution Inc. | $1,581.38 |
| 07/07/25 | Trimble | $63,576.28 |
| 08/15/25 | Trimble | $63,576.29 |

| | | |
|---|---|---|
| 06/17/25 | United Rentals | $50.31 |
| 06/17/25 | United Rentals | $2,361.74 |
| 06/18/25 | United Rentals | $207.29 |
| 06/18/25 | United Rentals | $11,326.43 |
| 07/01/25 | United Rentals | $83.02 |
| 07/08/25 | United Rentals | $188.00 |
| 07/08/25 | United Rentals | $2,007.72 |
| 07/08/25 | United Rentals | $94,809.16 |
| 07/09/25 | United Rentals | $4.93 |
| 07/09/25 | United Rentals | $227.33 |
| 07/17/25 | United Rentals | $374.50 |
| 07/18/25 | United Rentals | $8.02 |
| 07/23/25 | United Rentals | $17.50 |
| 07/23/25 | United Rentals | $810.00 |
| 08/07/25 | United Rentals | $17.50 |
| 08/07/25 | United Rentals | $810.00 |
| 09/08/25 | United Rentals | $187.25 |
| 09/08/25 | United Rentals | $1,238.52 |
| 06/18/25 | Value Lighting, LLC | $42,883.95 |
| 07/25/25 | Value Lighting, LLC | $69,659.44 |
| 08/28/25 | Value Lighting, LLC | $32,359.15 |
| 07/01/25 | Verizon Wireless | $26,454.45 |
| 07/14/25 | Verizon Wireless | $25,765.05 |
| 06/20/25 | VG & A Services INC | $27,699.26 |
| 07/03/25 | VG & A Services INC | $23,924.25 |
| 07/18/25 | VG & A Services INC | $25,516.61 |
| 08/01/25 | VG & A Services INC | $22,816.83 |
| 08/15/25 | VG & A Services INC | $24,501.22 |
| 08/29/25 | VG & A Services INC | $24,161.03 |
| 09/12/25 | VG & A Services INC | $17,287.96 |
| 09/15/25 | VG & A Services INC | $8,825.46 |
| 06/19/25 | Wioleta Rutkowska | $1,090.00 |
| 06/27/25 | Wioleta Rutkowska | $1,090.00 |
| 07/03/25 | Wioleta Rutkowska | $1,090.00 |
| 07/11/25 | Wioleta Rutkowska | $1,090.00 |
| 07/21/25 | Wioleta Rutkowska | $2,180.00 |
| 07/31/25 | Wioleta Rutkowska | $1,090.00 |
| 08/08/25 | Wioleta Rutkowska | $1,090.00 |
| 08/15/25 | Wioleta Rutkowska | $1,090.00 |
| 08/19/25 | Wioleta Rutkowska | $1,090.00 |
| 08/29/25 | Wioleta Rutkowska | $1,090.00 |
| 09/05/25 | Wioleta Rutkowska | $1,090.00 |
| 09/12/25 | Wioleta Rutkowska | $1,090.00 |
| 07/07/25 | Worker Bee Solutions | $10,868.00 |

| | | |
|---|---|---|
| 08/15/25 | Worker Bee Solutions | $12,625.20 |
| 09/09/25 | Worker Bee Solutions | $19,991.40 |
| 06/20/25 | Zabdi Electric | $481.19 |
| 06/24/25 | Zabdi Electric | $4,791.07 |
| 07/03/25 | Zabdi Electric | $8,021.33 |
| 07/18/25 | Zabdi Electric | $18,799.74 |
| 08/01/25 | Zabdi Electric | $9,975.59 |
| 08/15/25 | Zabdi Electric | $22,603.82 |
| 08/29/25 | Zabdi Electric | $35,375.79 |
| 09/12/25 | Zabdi Electric | $18,738.85 |
| 07/07/25 | Zachter PLLC | $40,625.00 |
| 06/30/25 | Fifth Third Bank | $346.50 |
| 07/01/25 | Fifth Third Bank | $51,530.65 |
| 07/01/25 | Fifth Third Bank | $78,787.04 |
| 07/11/25 | Fifth Third Bank | $2,509.39 |
| 08/01/25 | Fifth Third Bank | $51,758.16 |
| 08/01/25 | Fifth Third Bank | $84,774.09 |
| 08/12/25 | Fifth Third Bank | $1,401.90 |
| 08/25/25 | Fifth Third Bank | $805.33 |
| 09/02/25 | Fifth Third Bank | $51,724.45 |
| 09/02/25 | Fifth Third Bank | $87,538.20 |
| 07/11/25 | Lincoln National Life Ins | $3,206.32 |
| 07/11/25 | Lincoln National Life Ins | $5,603.49 |
| 08/01/25 | Lincoln National Life Ins | $3,106.46 |
| 08/01/25 | Lincoln National Life Ins | $5,531.09 |
| 06/19/25 | Miscellaneous Credit Card | $2,251.49 |
| 06/21/25 | Miscellaneous Credit Card | $155.40 |
| 06/30/25 | Miscellaneous Credit Card | $36,090.56 |
| 07/31/25 | Miscellaneous Credit Card | $6,936.02 |
| 07/31/25 | Miscellaneous Credit Card | $45,591.29 |
| 08/29/25 | Miscellaneous Credit Card | $422.05 |
| 08/30/25 | Miscellaneous Credit Card | $34.96 |

**Report Selections:**

| | | | | | |
|---|---|---|---|---|---|
| **Open items?** | No | **Vendor:** | LABPIG | **From date:** | 09/16/24 |
| **History?** | Yes | **Invoice:** | ALL | **To date:** | 09/15/25 |
| **Remarks?** | No | **Purchase order:** | ALL | **Cost group:** | ALL |
| **Status:** | ALL | **Job:** | ALL | **Sort Invoices by:** | Oldest to newest |

# Vankirk Companies

## Vendor Activity Details Report

**Vendor:** LABPIG
**Name:** Lab PI Group, LLC
**Address:**

**E-Mail:**

**Phone:**
**Primary contact:**
**Last payment:** 09/04/25
**Balance:** 12,500.00
**Retention:** 0.00
**Current due:** 12,500.00

**History**

| Seq | Invoice / Credit Memo | Type | Job | Invoice Date | Purchase Order | Payment # | Check Number | Check Date | Payment Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AUTO1223 | C | | 09/01/24 | | 1 | R01436 | 09/18/24 | -4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 2 | AUTO1223 | I | | 09/01/24 | | 1 | R01436 | 09/18/24 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 3 | 0001 | I | | 09/17/24 | | 1 | 32945 | 09/17/24 | 75,000.00 | Pay back |
| 4 | AUTO1236 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 5 | AUTO1237 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 6 | AUTO1238 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 2,750.00 | 60 N JACKSON; STE A |
| 7 | AUTO1239 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 4,900.00 | 18 E CANDLER |
| 8 | AUTO1240 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 9 | AUTO1241 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 12,500.00 | Interest Payment |
| 10 | AUTO1242 | I | | 10/01/24 | | 1 | 32961 | 09/26/24 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 11 | 241010 | I | | 10/10/24 | | 1 | 33025 | 10/10/24 | 50,000.00 | |
| 12 | 11012024 | I | | 11/01/24 | | 1 | 2709 | 05/28/25 | 1,125.00 | Civic rm usage Mar- Oct |
| 13 | AUTO1255 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 14 | AUTO1256 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 15 | AUTO1257 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 2,750.00 | 60 N JACKSON; STE A |
| 16 | AUTO1258 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 4,900.00 | 18 E CANDLER |
| 17 | AUTO1259 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 18 | AUTO1260 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 12,500.00 | Interest Payment |
| 19 | AUTO1261 | I | | 11/01/24 | | 1 | 33068 | 11/04/24 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 20 | 241112 | I | | 11/12/24 | | 1 | 33121 | 11/12/24 | 56,000.00 | |
| 21 | 112224 | I | | 11/22/24 | | 1 | 33140 | 11/22/24 | 20,000.00 | |
| 22 | AUTO1274 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 23 | AUTO1275 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 24 | AUTO1276 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 2,750.00 | 60 N JACKSON; STE A |
| 25 | AUTO1277 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 4,900.00 | 18 E CANDLER |
| 26 | AUTO1278 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 27 | AUTO1279 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 12,500.00 | Interest Payment |
| 28 | AUTO1280 | I | | 12/01/24 | | 1 | 33144 | 12/02/24 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 29 | 121124 | I | | 12/11/24 | | 1 | 33155 | 12/11/24 | 14,000.00 | |
| 30 | AUTO1292 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 31 | AUTO1293 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 32 | AUTO1294 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 2,750.00 | 60 N JACKSON; STE A |
| 33 | AUTO1295 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 4,900.00 | 18 E CANDLER |
| 34 | AUTO1296 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 35 | AUTO1297 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 12,500.00 | Interest Payment |
| 36 | AUTO1298 | I | | 01/01/25 | | 1 | 987808 | 12/30/24 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 37 | 250113 | I | | 01/13/25 | | 1 | 108 | 01/13/25 | 50,000.00 | |
| 38 | AUTO1312 | I | | 02/01/25 | | 1 | 109 | 01/28/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 39 | AUTO1313 | I | | 02/01/25 | | 1 | 109 | 01/28/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 40 | AUTO1314 | I | | 02/01/25 | | 1 | 109 | 01/28/25 | 2,750.00 | 60 N JACKSON; STE A |

## Vankirk Companies

## Vendor Activity Details Report

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | AUTO1315 | I | 02/01/25 | 1 | 109 | 01/28/25 | 4,900.00 | 18 E CANDLER |
| 42 | AUTO1316 | I | 02/01/25 | 1 | 109 | 01/28/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 43 | AUTO1317 | I | 02/01/25 | 1 | 109 | 01/28/25 | 12,500.00 | Interest Payment |
| 44 | AUTO1318 | I | 02/01/25 | 1 | 109 | 01/28/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 45 | 250214 | I | 02/14/25 | 1 | 2 | 02/14/25 | 30,000.00 | |
| 46 | AUTO1334 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 47 | AUTO1335 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 48 | AUTO1336 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 2,750.00 | 60 N JACKSON; STE A |
| 49 | AUTO1337 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 4,900.00 | 18 E CANDLER |
| 50 | AUTO1338 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 51 | AUTO1339 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 12,500.00 | Interest Payment |
| 52 | AUTO1340 | I | 03/01/25 | 1 | 987838 | 02/27/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 53 | 250314 | I | 03/15/25 | 1 | 90 | 03/15/25 | 35,000.00 | |
| 54 | AUTO1356 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 55 | AUTO1357 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 56 | AUTO1358 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 2,750.00 | 60 N JACKSON; STE A |
| 57 | AUTO1359 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 4,900.00 | 18 E CANDLER |
| 58 | AUTO1360 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 59 | AUTO1361 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 12,500.00 | Interest Payment |
| 60 | AUTO1362 | I | 04/01/25 | 1 | 2682 | 04/03/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 61 | 250414 | I | 04/14/25 | 1 | 113 | 04/14/25 | 15,000.00 | |
| 62 | 250430 | I | 04/30/25 | 1 | 8012 | 04/30/25 | 20,000.00 | |
| 63 | AUTO1377 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 64 | AUTO1378 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 65 | AUTO1379 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 2,750.00 | 60 N JACKSON; STE A |
| 66 | AUTO1380 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 4,900.00 | 18 E CANDLER |
| 67 | AUTO1381 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 68 | AUTO1382 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 12,500.00 | Interest Payment |
| 69 | AUTO1383 | I | 05/01/25 | 1 | 8012 | 04/30/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 70 | 51625 | I | 05/16/25 | 1 | 27067 | 05/16/25 | 10,000.00 | |
| 71 | AUTO1398 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 72 | AUTO1399 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 73 | AUTO1400 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 2,750.00 | 60 N JACKSON; STE A |
| 74 | AUTO1401 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 4,900.00 | 18 E CANDLER |
| 75 | AUTO1402 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 76 | AUTO1403 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 12,500.00 | Interest Payment |
| 77 | AUTO1404 | I | 06/01/25 | 1 | 2709 | 05/28/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 78 | 250611 | I | 06/11/25 | 1 | 168 | 06/11/25 | 20,000.00 | |
| 79 | 250627 | I | 06/27/25 | 1 | 27187 | 06/27/25 | 20,000.00 | |
| 80 | AUTO1419 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 81 | AUTO1420 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 82 | AUTO1421 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 2,750.00 | 60 N JACKSON; STE A |
| 83 | AUTO1422 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 4,900.00 | 18 E CANDLER |
| 84 | AUTO1423 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 85 | AUTO1424 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 12,500.00 | Interest Payment |
| 86 | AUTO1425 | I | 07/01/25 | 1 | 27187 | 06/27/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 87 | AUTO1440 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 88 | AUTO1441 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |
| 89 | AUTO1442 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 2,750.00 | 60 N JACKSON; STE A |
| 90 | AUTO1443 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 4,900.00 | 18 E CANDLER |
| 91 | AUTO1444 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 92 | AUTO1445 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 12,500.00 | Interest Payment |
| 93 | AUTO1446 | I | 08/01/25 | 1 | 27278 | 07/30/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| 94 | AUTO1460 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 22,500.00 | 62 N JACKSON; 14A/14B E CANDLE |
| 95 | AUTO1461 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 4,100.00 | 19 E CANDLER; 3rd FLOOR |

## Vankirk Companies

## Vendor Activity Details Report

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 96 | AUTO1462 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 2,750.00 | 60 N JACKSON; STE A |
| 97 | AUTO1463 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 4,900.00 | 18 E CANDLER |
| 98 | AUTO1464 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 21,800.00 | 71 N BROAD; 2-4 FLOOR |
| 99 | AUTO1466 | I | 09/01/25 | 1 | 988041 | 09/04/25 | 4,100.00 | 19 E CANDLER; 1ST FLOOR |
| | | | | | | **Total payment:** | 1,275,425.00 | |

**Report Selections:**

| | | | | | |
|---|---|---|---|---|---|
| **Open items?** | No | **Vendor:** | TAGCOL | **From date:** | 09/16/24 |
| **History?** | Yes | **Invoice:** | ALL | **To date:** | 09/15/25 |
| **Remarks?** | No | **Purchase order:** | ALL | **Cost group:** | ALL |
| **Status:** | ALL | **Job:** | ALL | **Sort Invoices by:** | Oldest to newest |

# Vankirk Companies

## Vendor Activity Details Report

**Vendor:** TAGCOL
**Name:** Tagus Collective, LLC
**Address:**

**E-Mail:**

**Phone:**
**Primary contact:**
**Last payment:** 08/19/25
**Balance:** 0.00
**Retention:** 0.00
**Current due:** 0.00

**History**

| Seq | Invoice / Credit Memo | Type | Job | Invoice Date | Purchase Order | Payment # | Check Number | Check Date | Payment Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 240920 | I | | 09/20/24 | | 1 | 4048 | 09/20/24 | 50,000.00 | |
| 2 | 241121 | I | | 11/21/24 | | 1 | 4141 | 11/21/24 | 150,000.00 | |
| 3 | 250109 | I | | 01/09/25 | | 1 | 2655 | 01/09/25 | 50,000.00 | |
| 4 | 250528 | I | | 05/28/25 | | 1 | 2708 | 05/28/25 | 20,000.00 | |
| 5 | 250618 | I | | 06/18/25 | | 1 | 2727 | 06/18/25 | 10,000.00 | |
| 6 | 250717 | I | | 07/17/25 | | 1 | 987980 | 07/17/25 | 20,000.00 | |
| 7 | 250819 | I | | 08/19/25 | | 1 | 988026 | 08/19/25 | 20,000.00 | |
| | | | | | | | | **Total payment:** | 320,000.00 | |

Lawsuits - Vankirk Electric

| Case Title | Case Number | Nature | Court | Court Address | Status |
|---|---|---|---|---|---|
| Reliance Financial FL LLC v. Vankirk Electric, Inc., d/b/a Vankirk Electric, Vankirk Companies, Inc, GA Mon Arc Group, Mon Arc Group, Inc, LWVK Management Company, Inc, Mon Arc Group, Inc., and Loren Wesley Vankirk | CACE-25-004325 | Civil | Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida | 201 SE 6th Street<br>Ft Lauderdale, FL 33301 | Closed |
| Palmetto Capital Ventures, LLC v. Vankirk Electric Inc. and Loren Wesley Vankirk | Index No. 510203/2025 | Civil | Supreme Court of New York, County of Kings | 350 Adams Street #4<br>Brooklyn, NY 11201 | Open |
| CFG Merchant Solutions, LLC v. Vankirk Electric, Inc. d/b/a Vankirk Electric, Mon Arc Group, Inc., Vankirk Electric of Arkansas LLC, and Loren Wesley Vankirk | Index No. 510009/2025 | Civil | Supreme Court of New York, County of Kings | 350 Adams Street #4<br>Brooklyn, NY 11201 | Open |
| Affinity Capital Group v. Vankirk Electric, Inc D/B/A Vankirk Electric, Vankirk Companies, Inc., Vankirk Electric Of Arkansas LLC, DS Capital, LLC, North Broad Street Investments Inc., Vantton Group, LLC, HR Van Kirk Electric, Inc., Lab P.I. Group LLC, The Arc Group of Walton, LLC, Mon Arc Group, Inc., Mon Arc Group, Inc. (CA), LWVK Management Company, Inc., D. S. Depoe, LLC, and Loren Wesley Vankirk | Index No. 002905/2025 | Civil | Supreme Court of New York, County of Onondaga | 401 Montgomery Street<br>Syracuse, NY 13202 | Open |
| Rocket Capital NY LLC v. Vankirk Electric, Inc, Vankirk Electric of Arkansas LLC, LWVK Management Company, Inc., D. S. Depoe, LLC, North Broad Street Investments Inc., Mon Arc Group, Inc, Vantton Group, LLC, HR Van Kirk Electric, Inc., Vankirk Companies, Inc., DS Capital, LLC, The Arc Group of Walton, LLC, Mon Arc Group, Inc. (CA), and Loren Wesley Vankirk; | Index No. E2025007882 | Civil | Supreme Court of New York, County of Monroe | 99 Exchange Boulevard #545<br>Rochester, NY 14614 | Open |
| American Express Travel Related Services Company, Inc. v. Vankirk Electric, Inc. | Index No. 655487/2025 | Civil | Supreme Court of New York, County of New York | 60 Centre Street<br>New York, NY 10007 | Open |
| Propel Advance v. Vankirk Electric, Inc., MonArc Tree Systems, Inc., GA Mon Arc Group, Vankirk Companies, Inc., LWVK Management Company, Inc., and Loren Wesley Vankirk | Index No. 510601/2025 | Civil | Supreme Court of New York, County of Kings | 350 Adams Street #4<br>Brooklyn, NY 11201 | Open |
| Julissa Olea v. Vankirk Electric, Inc., Alex Flores, and Does 1 through 20 | 30-2025-01485322-CU-WT-CJC | Civil | Superior Court of California, Orange County | 700 West Civic Center Drive<br>Santa Ana, CA 92701 | Open |
| HC Ariza Owner, LLC v. Bailey Mechanical, LLC; Big Red Dog, Inc.; Gerald T. Wynne, P.E.; William G. Cummings; Mark S. Mucasey; The Favergray Company; Malibu Acceptance, LLC; REI Siding, LLC; The Roof Depot, Inc.; Southeast Mechanical Systems, Inc. d/b/a Sunshine State Plumbing; Total Trim, LLC; William E. Newman, Inc. d/b/a Southern Floor Systems; Builders Services Group, Inc. d/b/a Coastal Insulation; Piedmont Drywall, Inc.; US Framing International, LLC; Vankirk Electric, Inc. | 2024-CA-000084 | Civil | Circuit Court of the First Judicial Circuit, Walton County, Florida | 571 Highway 90 East<br>DeFuniak Springs, Florida 32433 | Open |

Off-site Storage Locations

| NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| AMWAT, Tallahassee, FL | 319 Ross Rd | Tallahassee | FL | 32305 |
| Armstrong Relocation, Dallas, TX | 4030 Mint WAY | Dallas | TX | 75237 |
| Armstrong Relocation, Denver, CO | 4700 Florence ST | Denver | CO | 80238 |
| EPIHAB, Phoenix, AZ | 2125 W Fillmore Street | Phoenix | AZ | 85043 |
| Armstrong Relocation, Knoxville, TN | 1600 Prosser RD, NE | Knoxville | TN | 37914 |
| Armstrong Relocation, Memphis, TN | 4690 Hungerford Rd | Memphis | TN | 38118 |
| Armstrong Relocation, Pompano BCH, FL | 1270 NE 48 ST, STE 1 | Pompano Beach | FL | 33064 |
| Armstrong Relocation, San Antonio, TX | 6421 FM 3009 | Schartz | TX | 78154 |
| Cosco Logistics, Charleston, SC | 2453 King ST, EXT North | Charleston | SC | 29405 |
| Eckart, Braselton GA | 155 Ste. 200 Braselton Pkwy, | Braselton | GA | 30517 |
| Eckart, Jacksonville, FL | 5400 W 12th St | Jacksonville | FL | 32254 |
| Freeport Phoenix, AZ | 4625 N 45th Ave | PHOENIX | AZ | 85031 |
| Lawrence Freight, Waynesboro, VA | 359 S Oak Lane, STE 200 | Waynesboro | VA | 22980 |
| Guardian Logistics, Charlotte, NC | 4205 Shopton RD | Charlotte | NC | 28217 |
| Guardian Logistics, Greer, SC | 678 Brockman McClimon RD, STE | Greer | SC | 29651 |
| Mako Freight, Orlando, FL | 1401 Tradeport DR | Orlando | FL | 32824 |
| NES, Suwanee, GA | 4190 Capital View Dr. | Suwannee | GA | 30024 |
| Priority Worldwide, Compton, CA | 1200 W Walnut ST | Compton | CA | 90220 |
| Priority Worldwide, Hanover, MD | 7361 Coco Cola Drive | Hanover | MD | 21076 |
| South Bay Distribution, Tampa, FL | 1601 N 39 ST | Tampa | FL | 33605 |
| SRDS, Stone Mountain, GA | 1640 Stone Ridge DR | Stone Mountain | GA | 30083 |
| Valley Relocation, Milipitas, CA | 835 Sinclair Frontage DR | Milipitas | CA | 95035 |
| Velocity International, Nashville, TN | 800 Airpark Commerce DR, STE 8( | Nashville | TN | 37217 |
| Winder WHS, Winder, GA | 237 E Athens ST | Winder | GA | 30680 |
| WESCO, TX | 818 Chestnut St #103 | San Antonio | TX | 78202 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Vankirk Electric, Inc.** Debtor(s)

Case No. **25-30511**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **38,750.00** |
| Prior to the filing of this statement I have received | $ | **38,750.00** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **Debtor deposited $7,500.00 with Stone & Baxter on April 11, 2025; on September 11, 2025, it deposited $73,476.00 for both debtor and affiliate debtor (including filing fees); as of the Petition Date, $55,687.00 remains in trust for both debtors.**

4. The source of compensation to be paid to me is:

   ☐ Debtor ■ Other (specify): **To be paid by Debtor pursuant to the engagement letter from Stone & Baxter, LLP attached to the Application to Employ.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **See engagement letter from Stone & Baxter, LLP attached to the Application to Employ**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **See engagement letter from Stone & Baxter, LLP attached to the Application to Employ**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 23, 2025**
*Date*

**/s/ David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
*Signature of Attorney*
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax: 478-750-9899**
**dbury@stoneandbaxter.com**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Chapter 11** |
| **VANKIRK ELECTRIC, INC. and MON ARC GROUP, INC.,** | : | |
| | : | **Case No. 25-30511-AEC** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Case No. 25-30512-AEC** |

**GLOBAL NOTES PERTAINING TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS FILED BY VANKIRK ELECTRIC, INC. (25-30511) AND MON ARC GROUP, INC. (25-30512)**

## I. Introduction

On the date hereof, each of Vankirk Electric, Inc. ("**Vankirk**") and Mon Arc Group, Inc. ("**Mon Arc**" and, collectively with Vankirk, the "**Debtors**"), as debtors and debtors-in-possession in the above-referenced Chapter 11 cases, with, as applicable, the assistance of their management and advisors, filed their Schedules of Assets and Liabilities (collectively, the "**Schedules**") and their Statements of Financial Affairs (collectively, the "**Statements**," and, together with the Schedules, the "**Schedules and Statements**"), pursuant to Section 521 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Schedules and Statements are unaudited and have been executed by Mr. Wes Vankirk as President of Debtors.

Debtors are filing these Global Notes under a full reservation of rights, including a reservation of their right to amend these Schedules and Statements. While Debtors have made reasonable efforts to render the Schedules and Statements as accurate and complete as reasonably possible based on the information that was available at the time of preparation, (i) additional information, or subsequent discovery thereof, may result in material changes to these Schedules and Statements, and (ii) inadvertent errors or omissions may exist. Furthermore, because the Schedules and Statements contain unaudited financial information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Accordingly, Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements to the extent that they deem necessary and appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of Debtors against any creditor or other third party, or in or with respect to these Chapter 11 Cases.

Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule,

Statement, exhibit, or continuation sheet.

## II. Global Notes

**These global notes regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of all of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements. The Global Notes are in addition to, and intended to supplement, the Schedules and Statements.**

### A. Description of Cases

On September 19, 2025 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia (Athens Division) (the "**Bankruptcy Court**"), with joint administration requested under Case No. 25-30511. The Debtors are operating their businesses and managing their property and financial affairs as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. Each Debtor has filed its own Schedules and Statements.

### B. Methodology in Preparation of the Schedules and Statements

i. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements, except where otherwise indicated, reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor. Certain amounts contained herein may be rounded to the nearest whole dollar.

   To the extent that a Debtor shows more assets than liabilities, that is not a waiver of any position that the Debtors may have regarding their respective solvency or insolvency as of the Petition Date or at any time prior to the Petition Date.

   The Schedules and Statements, including these Global Notes, represent a snapshot in time and should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

ii. **Payables and Disbursements**. Although efforts have been made to attribute open liabilities to the correct Debtor, Debtors reserve their right to modify or amend the Schedules and Statements to attribute such payable amounts to the correct Debtor, if appropriate. Payments

made are generally listed by the entity or person ultimately funding such payment notwithstanding that it is possible that some of such payments may have been made on behalf of another entity or Debtor.

Additionally, it is possible that one Debtor acted on behalf of the other Debtor. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether or not a particular payment or obligation was incurred by the entity or person actually making the payment or incurring the obligation can be a complex question of applicable non-bankruptcy law and nothing herein constitutes an admission that a particular Debtor entity is the obligor of any such payment. The Debtors reserve all rights to reclassify any payment or obligation as belonging to another Debtor or entity and their rights with respect to the proper accounting and treatment of such payments and liabilities.

(a) **Insiders**. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. Nor is inclusion of a party as an "insider" an acknowledgment or concession that such party is an "insider" under applicable bankruptcy law.

iii. **Current Values**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of resources for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect the estimated value of assets as of the Petition Date. Book value may differ materially from market value.

iv. **Pre-petition Liabilities**. The Debtors allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change. The Debtors reserve all rights to modify, amend, and supplement the Schedules and Statements as is necessary and appropriate. Furthermore, the amounts disclosed herein reflect liabilities appearing on the Debtors' books and records as owing as of the Petition Date. Additional amounts for accrued, but unbilled, liabilities may not be reflected.

v. **Undetermined Amounts**. The description of an amount as

"unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

vi. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

vii. **Paid Claims**. Unless otherwise stated, the Schedules and Statements reflect scheduled amounts as of the Petition Date. Additional amounts reflecting accrued, but unbilled, liabilities as of the Petition Date may also not be reflected. Furthermore, the Debtors may make additional payments to pre-petition claimants following the filing of the Schedules and Statements and, as such, the Debtors reserve their rights to amend the amount of such claims, and to amend or supplement the Schedules and Statements or take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**C. Reservations and Limitations**

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to the Chapter 11 Cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses, or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

i. **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation to the amount or validity of any claim against the Debtors, assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

ii. **Characterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

iii. **Classifications**. Listing (1) a claim on Schedule D as "secured," (2) a claim on Schedule E as "priority," (3) a claim on Schedule F as "unsecured," or (4) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to

recharacterize or reclassify such claim or contract.

Although a Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets on which such creditors may have a lien has been undertaken. The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

iv. **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve all rights to dispute any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability, classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."

v. **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from those estimates.

vi. **Causes of Action**. Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Schedules and Statements, including the Global Notes, shall be deemed a waiver of any such causes of action.

## III. Specific Schedule Notes – Both Debtors

### A. Schedule A/B – Personal Property

Debtors reserve their right to amend the values attributed to the assets recorded on Schedule A/B as necessary. The Debtors reserve their right to recategorize and/or recharacterize such asset holdings at a later time to the extent that the Debtors determine that such holdings were improperly reported.

### B. Schedule D – Creditors Holding Secured Claims

Although the Debtors may have scheduled claims of various creditors as secured claims, except as otherwise agreed to on a stipulation, agreed order, or a general order

entered by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of the other Debtor, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Nothing in the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors have not included on Schedule D all parties that may believe that their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim listed on Schedule D.

### C. Schedule E/F – Creditors Holding Unsecured Priority Claims

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority under Section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim listed on Schedule E.

### D. Schedule E/F – Creditors Holding Unsecured Nonpriority Claims

The liabilities identified in Schedule F are derived from the Debtors' books and records, which may or may not, in fact, be complete and accurate, and represent a reasonable attempt by the Debtors to set forth their unsecured obligations. Accordingly, the actual amount of claims against the Debtors may vary from the represented liabilities. Parties-in-interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties-in-interest should not assume that recoveries in these Chapter 11 Cases will necessarily reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Statements and Schedules. Parties-in-interest should consult their own professionals and/or advisors with respect to pursuing a claim.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F were incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule F.

### E. Schedule G – Executory Contracts

While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement such Schedule as necessary.

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtors may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtors may have listed such agreements on Schedule G. The Debtors' inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of any contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Debtors reserve the right to dispute the effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

### F. Schedule H – Codebtors

Inclusion of a party as a "codebtor" on Schedule H shall not be an admission or concession that such party is liable for any part of the associated scheduled claim. All inclusions on Schedule H are inserted to give an accurate of all potential codebtors and other parties who may be or have been alleged to be responsible for a claim included on Schedules D/E/F. Debtors reserve their right to amend Schedule H to add, remove, or modify any listed codebtors as the case progresses.

### G. Pending Litigation

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliate/insider of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.