**SO ORDERED.**

**SIGNED this 28 day of January, 2026.**

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| VANKIRK ELECTRIC, INC., and | ) | Case No. 25-30511-AEC |
| MON ARC GROUP, INC., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Case No. 25-30512-AEC |
| CBG BUILDING COMPANY LLC, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| VANKIRK ELECTRIC, INC., | ) | |
| | ) | |
| Respondent/Debtor. | ) | |

**CONSENT ORDER ON MOTION TO COMPEL AND SHORTEN TIME FOR DEBTOR TO ASSUME OR REJECT SUBCONTRACT AGREEMENT**

This matter came before the Court on CBG Building Company LLC's ("**CBG**") *Motion to Compel and Shorten Time for Debtor to Assume or Reject Subcontract* [Doc. No. 176] (the "**Motion**"). By the Motion, CBG seeks an order compelling Debtor Vankirk Electric, Inc. ("**Vankirk**") to make the election pursuant to 11 U.S.C. § 365 no later than February 15, 2026, to assume or reject that certain subcontract agreement entered into on or about December 27, 2024, by CBG, as general contractor, and Vankirk, as subcontractor and as further identified in the Motion as the "**Subcontract Agreement.**"

Counsel for CBG certifies that, on January 8, 2026, service of the Motion was made on all parties entitled to service and in accordance with the Court's *Order Granting Motion to Limit Notice and Establishing Notice Procedures* [Doc. No. 6]. There have been no written objections or other written responses filed in connection with the Motion. The Motion came on for hearing January 27, 2026. Counsel for Vankirk and counsel for CBG appeared and announced that the parties had negotiated a resolution of the Motion as further set forth in this Order. By signature of counsel, below, Vankirk and CBG consent to the entry of this Order. Having considered the Motion and the announcement of the parties at the January 27, 2026, hearing, the Court finds that the relief sought by the Motion and as set forth in this Order is appropriate under the circumstances. Accordingly, it is hereby

ORDERED, as follows:

a) The Motion is ***granted*** as further set forth in this Order.

b) In order to assume the Subcontract Agreement under 11 U.S.C. § 365, on or before 11:59:59 P.M., on February 15, 2026 (the "**Assumption Deadline**"), Vankirk shall file with the Court and serve upon counsel for CBG a written notice of assumption of the Subcontract Agreement ("**Assumption Notice**"). Such Assumption Notice shall be immediately effective upon filing with the Court.

c) The Subcontract Agreement shall be deemed rejected under 11 U.S.C. § 365, (i) if Vankirk does not file an Assumption Notice by the Assumption Deadline, immediately upon the termination of the Assumption Deadline; or (ii) if Vankirk files with the Court a written notice of rejection of the Subcontract Agreement, immediately upon such filing.

d) For the avoidance of doubt, any assumption or rejection of the Subcontract Agreement by the Debtors shall not be construed by any party as consent by the Debtors' largest secured lender, Fifth Third Bank, National Association, to a reorganization by the Debtors. Rather, discussions to evaluate and assess the various options by which the Debtors might exit bankruptcy, including, but not limited to, through a reorganizing plan, a

liquidating plan, or a Section 363 sale are ongoing between the Debtors and Fifth Third Bank, National Association.

[END OF DOCUMENT]

**Prepared, presented and consented to by:**

ARDIS LAW LLP

*/s/ John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
2300 Windy Ridge Pkwy., Suite 1165N
Atlanta, Georgia 30339

(678) 643-1357
jrezac@ardis.law

***Attorneys for Movant, CBG Building Company, LLC***

**Reviewed, approved as to form, and consented to by:**

STONE & BAXTER, LLP

*/s/ David L. Bury, Jr. by John K. Rezac with express permission*
David L. Bury, Jr.
Georgia Bar No. 133066
577 Third Street
Macon, GA 31201

(478) 750-9898; (478) 750-9899 (facsimile)
dbury@stoneandbaxter.com

***Counsel for Debtors***